**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAMPART ASSET MANAGEMENT LLC, | § § § | Case No. |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § § | |
| SILICON MOTION, INC., | § § § | |
| Defendant. | § § § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Rampart Asset Management LLC ("Rampart" or "Plaintiff") for its Complaint against Defendant Silicon Motion, Inc. ("Silicon Motion" or "Defendant"), alleges as follows:

## THE PARTIES

1.      Rampart is a limited liability company, organized and existing under the laws of the State of Texas, with its principal place of business located at 133 East Tyler Street, Longview, Texas, 75601.

2.      Upon information and belief, Silicon Motion is a corporation organized and existing under the laws of Taiwan with its principal place of business located at 8F, No. 36, Taiyuan Street, Zhubei City, Hsinchu County, 302082, Taiwan.  Silicon Motion is a leading manufacturer and seller of semiconductors, microcontrollers, analog, power, and SoC products in the world and in the United States.  Upon information and belief, Silicon Motion does business in Texas and in the Eastern District of Texas, directly or through intermediaries.

## JURISDICTION

3.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 1367.

4.      This Court has specific and personal jurisdiction over the Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute.  Silicon Motion engages in the research, design, manufacture, marketing, sale, offer for sale, and/or provision of technical support, for one or more of the Accused Products.  Silicon Motion directly sells and facilitates the shipment of the Accused Products to customers in the United States and Texas, including to third-party distributors and end customers.  Silicon Motion has thereby committed acts of direct infringement in the United States and in Texas in violation of Rampart's intellectual property rights.

5.      Upon information and belief, Silicon Motion further purposefully and voluntarily placed one or more of the Silicon Motion Accused Products into the stream of commerce with the expectation and intent that they will be purchased and used by consumers in Texas, including by (a) selling and/or shipping infringing products to third-party entities, including into downstream infringing products, with the knowledge and expectation that such products will be imported into the United States and into Texas; and (b) directly or indirectly working with affiliates, distributors, and other entities located in Texas and abroad, to ensure that infringing products (whether in the form of standalone chips or as integrated into downstream products) reach Texas.

6.      Defendant has thus availed itself of the benefits and privileges of conducting business in the State of Texas and the exercise by this Court of personal jurisdiction over Defendant would not offend traditional notions of fair play and substantial justice.

7.      Upon information and belief, Defendant has sufficient minimum contacts with this forum because Defendant transacts substantial business in the State of Texas and in this Judicial District.  Further, Defendant has, directly or through subsidiaries or intermediaries, committed and continues to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint, as alleged more particularly below.

8.      Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1400(b) because Defendant is subject to personal jurisdiction in this Judicial District and has committed, and is continuing to commit, acts of patent infringement in this Judicial District.  Additionally, venue is proper in any Judicial District because it is a foreign entity.

## PATENTS-IN-SUIT

9.      On June 14, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,367,248 (the "'248 Patent") entitled "Memory Component with Pattern Register Circuitry to Provide Data Patterns for Calibration."  A true and correct copy of the '248 Patent is available at https://pdfpiw.uspto.gov/.piw?PageNum=0&docid=09367248.

10.      On August 1, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,721,642 (the "'642 Patent") entitled "Memory Component with Pattern Register Circuitry to Provide Data Patterns for Calibration."  A true and correct copy of the '642 Patent is available at https://pdfpiw.uspto.gov/.piw?PageNum=0&docid=09721642.

11.      On January 29, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,192,609 (the "'609 Patent") entitled "Memory Component with Pattern Register Circuitry to Provide Data Patterns for Calibration."  A true and correct copy of the '609 Patent is available at https://pdfpiw.uspto.gov/.piw?PageNum=0&docid=10192609.

12.     On May 29, 2007, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,225,311 (the "'311 Patent") entitled "Method and Apparatus for Coordinating Memory Operations Among Diversely-Located Memory Components."  A true and correct copy of the '311 Patent is available at https://pdfpiw.uspto.gov/.piw?PageNum=0&docid=07225311.

13.     On July 3, 2012, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,214,616 (the "'616 Patent") entitled "Memory Controller Device Having Timing Offset Capability."  A true and correct copy of the '616 Patent is available at https://pdfpiw.uspto.gov/.piw?PageNum=0&docid=08214616.

14.     On June 25, 2013, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,472,511 (the "'511 Patent") entitled "Selectable-Tap Equalizer."  A true and correct copy of the '511 Patent is available at https://pdfpiw.uspto.gov/.piw?PageNum=0&docid=08472511.

15.     Rampart is the sole and exclusive owner of all right, title, and interest in the '248 Patent, the '642 Patent, the '609 Patent, the '311 Patent, the '616 Patent, and the '511 Patent, (collectively, the "Patents-in-Suit"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Rampart also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

16.     Rampart has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit.

## FACTUAL ALLEGATIONS

17.    The Patents-in-Suit generally cover systems and methods for coordinating memory operations and providing data patterns for calibration of memory systems.

18.    The '248 Patent generally relates to the field of digital circuits and, more particularly, to an apparatus and method for phase adjustment and memory device signaling systems.  The technology described in the '248 Patent was developed by Craig E. Hampel, Richard E. Perego, Stefanos Sidiropoulos, Ely K. Tsern, and Frederick A. Ware.  By way of example, this technology is implemented today in memory systems that adjust the phase of data signals to compensate for phase offset variations between memory devices during normal operation.

19.    The '642 Patent generally relates to the field of digital circuits and, more particularly, to an apparatus and method for phase adjustment and memory device signaling systems.  The technology described in the '642 Patent was developed by Craig E. Hampel, Richard E. Perego, Stefanos Sidiropoulos, Ely K. Tsern, and Frederick A. Ware.  By way of example, this technology is implemented today in memory systems that adjust the phase of data signals to compensate for phase offset variations between memory devices during normal operation.

20.    The '609 Patent generally relates to the field of digital circuits and, more particularly, to an apparatus and method for phase adjustment and memory device signaling systems.  The technology described in the '609 Patent was developed by Craig E. Hampel, Richard E. Perego, Stefanos Sidiropoulos, Ely K. Tsern, and Frederick A. Ware.  By way of example, this technology is implemented today in memory systems that adjust the phase of data signals to compensate for phase offset variations between memory devices during normal operation.

21.    The '311 Patent generally relates to information storage and retrieval and, more specifically, to coordinating memory operations among diversely-located memory components.

5

The technology described in the '311 Patent was developed by Frederick A. Ware, Ely K. Tsern, Richard E. Perego, and Craig E. Hampel.  By way of example, this technology is implemented today in memory systems that configure multiple memory components to account for address bus and data bus propagation delays.

22.    The '616 Patent generally relates to information storage and retrieval and, more specifically, to coordinating memory operations among diversely-located memory components. The technology described in the '616 Patent was developed by Frederick A. Ware, Ely K. Tsern, Richard E. Perego, and Craig E. Hampel.  By way of example, this technology is implemented today in memory systems that configure multiple memory components to account for address bus and data bus propagation delays.

23.    The '511 Patent generally relates to high speed signaling within and between integrated circuit devices and, more particularly, to reducing latent signal distortions in high speed signaling systems.  The technology described in the '511 Patent was developed by Jared L. Zerbe, Vladimir M. Stojanovic, and Fred F. Chen.  By way of example, this technology is implemented today in memory systems that perform iterative testing of signal wires and use pass/fail to correctly set a parameter as part of a write-leveling operation.

24.    Silicon Motion has infringed and is continuing to infringe one or more of the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import memory controllers that support one or more of the DDR3, DDR4, DDR5, LPDDR3, and LPDDR4 standards (the "Accused Products"). Such products include at least, but are not limited to, products in the Silicon Motion SM2246EN, SM2258, SM2259, SM2262EN, SM2263EN, SM2264, SM2267, SM8266, SM2270, and SM2271

of microcontrollers and microprocessor System on a Chips ("SoCs") containing DDR3, DDR4, and LPDDR4 interfaces.

## <u>COUNT I</u>
### (Infringement of the '248 Patent)

25.     Paragraphs 1 through 24 are incorporated by reference as if fully set forth herein.

26.     Rampart has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '248 Patent.

27.     Defendant has and continues to directly infringe the '248 Patent, either literally or under the doctrine of equivalents, without authority, and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products including, but not limited to, products supporting DDR4 external memories, such as the Silicon Motion SM2270, SM2262EN, SM2262, SM2263EN, and SM2267 families.  For example, Defendant has and continues to directly infringe at least claim 1 of the '248 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include a memory controller that complies with the DDR4 standard.  For example, members of the Silicon Motion SM2267 family include DDR4 memory controllers capable of controlling a memory system consisting of DDR4 SDRAMs, each of which is compliant with the JEDEC standards JESD79-4 and JESD79-4D.



SM2267 Product Brief, 2020, p. 2.

28.     The required characteristics of DDR4 memories and memory systems and therefore of DDR4 memory controllers and their encompassing integrated circuits are defined by JEDEC in a collection of publicly-available standards.   In particular, standard JESD79-4 is the standard defining DDR4 SDRAMs, and JESD79-4D is the latest version of that standard, dated July 2021:

This document defines the DDR4 SDRAM specification, including features, functionalities, AC and DC characteristics, packages, and ball/signal assignments. The purpose of this Standard is to define the minimum set of requirements for JEDEC compliant 2 Gb through 16 Gb for x4, x8, and x16 DDR4 SDRAM devices. This standard was created based on the DDR3 standards (JESD79-3) and some aspects of the DDR and DDR2 standards (JESD79, JESD79-2).

JESD79-4D p. 1.

29.    The Accused Products, including DDR4 memory controllers, include a first circuit to transmit commands to the memory component, the commands including a read command that specifies data to be accessed from a memory core of the memory component.  DDR4 SDRAM memory controllers, including members of the Silicon Motion SM2267 family, include pins for sending commands to the controlled DDR4 SDRAMs.

30.    DDR4 SDRAM memory controllers, including members of the Silicon Motion SM2267 family, include a first circuit which is a driver circuit that output signals onto the command pins (*e.g.*, DDR_RAS#, DDR_CAS#, and DDR_WE#). JESD79-4 refers to these signals at the SDRAMs as ACT_n, RAS_n/A16, CAS_n/A15, and WE_n/A14.



JESD79-4D p. 5.

## 4.1    Command Truth Table

(a) Note 1,2,3 and 4 apply to the entire Command truth table
(b) Note 5 applies to all Read/Write commands.
[BG=Bank Group Address, BA=Bank Address, RA=Row Address, CA=Column Address, BC_n=Burst Chop, X=Don't Care, V=Valid].

### Table 35 — Command Truth Table

| Function | Abbrevia-tion | CKE | | CS_n | ACT_n | RAS_n /A16 | CAS_n /A15 | WE_n/ A14 | B G0-B G1 | BA0-BA1 | C2-C0 | A12/ BC_n | A17, A13, A11 | A10/ AP | A0-A9 | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Previ-ous Cycle | Current Cycle | | | | | | | | | | | | | |
| Mode Register Set | MRS | H | H | L | H | L | L | L | BG | BA | V | OP Code | | | | 12 |
| Refresh | REF | H | H | L | H | L | L | H | V | V | V | V | V | V | V | |
| Self Refresh Entry | SRE | H | L | L | H | L | L | H | V | V | V | V | V | V | V | 7,9 |
| Self Refresh Exit | SRX | L | H | H | X | X | X | X | X | X | X | X | X | X | X | 7,8,9, |
| | | | | L | H | H | H | H | V | V | V | V | V | V | V | 10 |
| Single Bank Precharge | PRE | H | H | L | H | L | H | L | BG | BA | V | V | L | V | | |
| Precharge all Banks | PREA | H | H | L | H | L | H | L | V | V | V | V | H | V | | |
| RFU | RFU | H | H | L | H | L | H | H | RFU | | | | | | | |
| Bank Activate | ACT | H | H | L | L | Row Address (RA) | | | BG | BA | V | Row Address (RA) | | | | |
| Write (Fixed BL8 or BC4) | WR | H | H | L | H | H | L | L | BG | BA | V | V | L | CA | | |
| Write (BC4, on the Fly) | WRS4 | H | H | L | H | H | L | L | BG | BA | V | L | V | L | CA | |
| Write (BL8, on the Fly) | WRS8 | H | H | L | H | H | L | L | BG | BA | V | H | V | L | CA | |
| Write with Auto Precharge (Fixed BL8 or BC4) | WRA | H | H | L | H | H | L | L | BG | BA | V | V | V | H | CA | |
| Write with Auto Precharge (BC4, on the Fly) | WRAS4 | H | H | L | H | H | L | L | BG | BA | V | L | V | H | CA | |
| Write with Auto Precharge (BL8, on the Fly) | WRAS8 | H | H | L | H | H | L | L | BG | BA | V | H | V | H | CA | |
| Read (Fixed BL8 or BC4) | RD | H | H | L | H | H | L | H | BG | BA | V | V | L | CA | | |
| Read (BC4, on the Fly) | RDS4 | H | H | L | H | H | L | H | BG | BA | V | L | V | L | CA | |
| Read (BL8, on the Fly) | RDS8 | H | H | L | H | H | L | H | BG | BA | V | H | V | L | CA | |
| Read with Auto Precharge (Fixed BL8 or BC4) | RDA | H | H | L | H | H | L | H | BG | BA | V | V | V | H | CA | |
| Read with Auto Precharge (BC4, on the Fly) | RDAS4 | H | H | L | H | H | L | H | BG | BA | V | L | V | H | CA | |
| Read with Auto Precharge (BL8, on the Fly) | RDAS8 | H | H | L | H | H | L | H | BG | BA | V | H | V | H | CA | |
| No Operation | NOP | H | H | L | H | H | H | H | V | V | V | V | V | V | V | 10 |
| Device Deselected | DES | H | H | H | X | X | X | X | X | X | X | X | X | X | X | |
| Power Down Entry | PDE | H | L | H | X | X | X | X | X | X | X | X | X | X | X | 6 |
| Power Down Exit | PDX | L | H | H | X | X | X | X | X | X | X | X | X | X | X | 6 |
| ZQ calibration Long | ZQCL | H | H | L | H | H | H | L | V | V | V | V | V | H | V | |
| ZQ calibration Short | ZQCS | H | H | L | H | H | H | L | V | V | V | V | L | V | | |

JESD79-4D, p. 29

31.    The Accused Products including DDR4 memory controllers include circuits that drive these command signals toward the DDR4 SDRAMs.  Among the commands that DDR4 SDRAMs can respond to are read commands.  A read command is provided to a DDR4 SDRAM by sending a command in which ACT_n is H, RAS_n/A16 is H, CAS_n/A15 is L, and WE_n/A14 is H, where H and L represent voltage levels representing logic states, as defined in Section 8 of JESD79-4.  A read command presented to a DDR4 SDRAM causes it to convey an addressed

memory location to its pins for conveyance to the memory controller, as described in Section 4.24 of JESD79-4:



32.     The DDR4 SDRAMs have a memory core consisting of 16 banks.  Read operations are burst oriented, beginning at a selected location within the memory code:

### 3.2    Basic Functionality

The DDR4 SDRAM is a high-speed dynamic random-access memory internally configured as sixteen-banks, 4 bank group with 4 banks for each bank group for x4/x8 and eight-banks, 2 bank group with 4 banks for each bankgroup for x16 DRAM.

The DDR4 SDRAM uses a 8n prefetch architecture to achieve high-speed operation. The 8n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR4 SDRAM consists of a single 8n-bit wide, four clock data transfer at the internal DRAM core and eight corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.

Read and write operation to the DDR4 SDRAM are burst oriented, start at a selected location, and continue for a burst length of eight or a 'chopped' burst of four in a programmed sequence. Operation begins with the registration of an ACTIVATE Command, which is then followed by a Read or Write command. The address bits registered coincident with the ACTIVATE Command are used to select the bank and row to be activated (BG0-BG1 in x4/8 and BG0 in x16 select the bankgroup; BA0-BA1 select the bank; A0-A17 select the row; refer to "DDR4 SDRAM Addressing" on Section 2.8 for specific requirements). The address bits registered coincident with the Read or Write command are used to select the starting column location for the burst operation, determine if the auto precharge command is to be issued (via A10), and select BC4 or BL8 mode 'on the fly' (via A12) if enabled in the mode register.

JESD79-4D , p. 11.

33.     Additionally, the Accused Products, including DDR4 memory controllers, include a second circuit to receive data sent by the memory component via an external bus, the data sent by the memory component in response to the read command.  A read command presented to a DDR4 SDRAM by DDR4 SDRAM memory controllers, including members of the Silicon Motion

SM2267 family, causes the DDR4 SDRAM to convey an addressed memory location to its pins for conveyance to the memory controller, as described in Section 4.24 of JESD79-4.



JESD79-4D, p. 96.

34.    The DQ lines are defined as Data Input/Output lines that bi-directionally carry data into and out of the DRAM. For Read commands, the data is output on the DQ lines and conveyed on an external bus comprised of signal traces to the memory controller.

**Table 3 — Pinout Description  (Cont'd)**

| Symbol | Type | Function |
|---|---|---|
| DQ | Input / Output | Data Input/ Output: Bi-directional data bus. If CRC is enabled via Mode register then CRC code is added at the end of Data Burst. Any DQ from DQ0~DQ3 may indicate the internal Vref level during test via Mode Register Setting MR4 A4=High. During this mode, RTT value should be set to Hi-Z. Refer to vendor specific datasheets to determine which DQ is used. |

JESD79-4D, p. 6.

35.    Using the Accused Products, such as a SM2267 microprocessor, the DQ pins of the DDR4 SDRAMs are connected to D1_MDQ pins via said external bus.

36.    The Accused Products, including the SM2267, necessarily have a second circuit to receive the data being sent from the memory component as a result of a read command.

37.     Additionally, the Accused Products, including DDR4 memory controllers include calibration circuitry, operable during calibration, to receive at least a first data pattern and a second data pattern from the memory component.  DDR4 SDRAMs, including members of the Silicon Motion SM2267 family, include a calibration mode called DQ Read Training.  Read Training is performed as part of power-up initialization:

### 3.3.1   Power-up Initialization Sequence

The following sequence is required for POWER UP and Initialization and is shown in Figure 7.

1. Apply power (RESET_n and TEN are recommended to be maintained below 0.2 x VDD; all other inputs may be undefined). RESET_n needs to be maintained below 0.2 x VDD for minimum 200us with stable power and TEN needs to be maintained below 0.2 x VDD for minimum 700us with stable power. CKE is pulled "Low" anytime before RESET_n being de-asserted (min. time 10ns). The power voltage ramp time between 300mV to $V_{DD}$ min must be no greater than 200ms; and during the ramp, $V_{DD} \geq V_{DDQ}$ and ($V_{DD}$-$V_{DDQ}$) < 0.3volts. VPP must ramp at the same time or earlier than VDD and VPP must be equal to or higher than VDD at all times.

15. The DDR4 SDRAM is now ready for read/Write training (include Vref training and Write leveling).

JESD79-4D, pp 11-12.

38.     Read DQ Training is the mechanism by which the members of the Silicon Motion SM2267 family adjust their receive timing to reliably capture read data from the memory components.  The circuitry that calibrates the DQ receivers is the claimed calibration circuitry.

39.     Additionally, the Accused Products including DDR4 memory controllers include pattern register circuitry.  The Multi-Purpose Register (MPR) is a collection of 4 8-bit registers that provide the data source for DQ Training data patterns.  The contents of at least two of the MPRs are the first data pattern and the second data pattern in the memory component.  During DQ Training, values of the MPR registers are communicated from the DDR4 SDRAM memory components to the memory controller on the DQ external bus in response to one of the commands.

### 4.10.3 MPR Reads

MPR reads are supported using BL8 and BC4(Fixed) modes. BC4 on the fly is not supported for MPR reads.
In MPR Mode:
Reads (back-to-back) from Page 0 may use tCCD_S or tCCD_L timing between read commands; Reads (back-to-back) from Pages 1, 2, or 3 may not use tCCD_S timing between read commands; tCCD_L must be used for timing between read commands
MPR reads using BC4:
BA1 and BA0 indicate the MPR location within the selected page in MPR Mode.
A10 and other address pins are don't care including BG1 and BG0.
Read commands for BC4 are supported with starting column address of A2:A0 of '000' and '100'.

Data Bus Inversion (DBI) is not allowed during MPR Read operation. During MPR Read, DRAM ignores Read DBI Enable setting in MR5 bit A12 in MPR mode.

DDR4 MPR mode is enabled by programming bit A2=1 and then reads are done from a specific MPR location.
MPR location is specified with the Read command using Bank address bits BA1 and BA0.

Each MPR location is 8 bit wide.

JESD79-4D, p. 44.

40.    Defendant has and continues to indirectly infringe one or more claims of the '248 Patent by knowingly and intentionally inducing others, including Silicon Motion customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products.

41.    Upon information and belief, with knowledge and intent, or with willful blindness, Defendant encourages and facilitates infringement of one or more claims of the '248 Patent by others, including at least claim 1.  For example, Rambus Inc. notified Silicon Motion in September 2018 that Silicon Motion was infringing the'248 Patent by making, using, selling, offering to sell, and/or importing products, including SM2270, SM2262EN, SM2262, SM2263EN, SM2260, SM2259, SM2258, SM2256, SM2246EN, and SM768 that include controllers for DDR4 memories.

42.    Defendant, with knowledge that these products, or the use thereof, infringe the '248 Patent at least as of September 2018, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '248 Patent by providing these products to end-users for use in an infringing manner.

43.    Defendant has induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high

probability that others, including end-users, infringe the '248 Patent, but while remaining willfully blind to the infringement.

44.     Rampart has suffered damages as a result of Defendant's direct and indirect infringement of the '248 Patent in an amount to be proved at trial.

45.     Rampart has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '248 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

46.     Silicon Motion has committed and continues to commit acts of infringement that Silicon Motion actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '248 Patent.  Silicon Motion's direct and indirect infringement of the '248 Patent has been and continues to be willful, intentional, deliberate, and/or in conscious disregard of Rampart's rights under the patent.  Rampart is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## COUNT II
### (Infringement of the '642 Patent)

47.     Paragraphs 1 through 24 are incorporated by reference as if fully set forth herein.

48.     Rampart has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '642 Patent.

49.     Defendant has and continues to directly infringe the '642 Patent, either literally or under the doctrine of equivalents, without authority, and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products including, but not limited to, products supporting LPDDR4 external memories, such as the Silicon Motion SM2264 and SM2267 families.  For example, Defendant has and continues to directly infringe at least claim 1 of the '642 Patent by making, using, offering to sell, selling, and/or

importing into the United States products that include a memory controller that complies with the LPDDR4 standard. For example, members of the Silicon Motion SM2264 family include LPDDR4 external memory controllers capable of controlling a memory system consisting of LPDDR4 SDRAMs, each of which is compliant with the JEDEC standard JES209-4D.

## SPECIFICATIONS

| SM2264 | |
| --- | --- |
| Host Interface | PCIe Gen4 x4 |
| PCIe Protocol | NVMe 1.4 |
| Processor | Quad-core ARM Cortex R8 CPU |
| NAND Flash Channel | 8 |
| CE/Channel | 8CH/64CE |
| Max Performance | Sequential Read: 7,400 MB/s |
| | Sequential Write: 7,000 MB/s |
| | Random Read: 1,100K IOPS |
| | Random Write: 1,100K IOPS |
| NAND Flash Support | ONFI4.1/3.0 and Toggle3.0/2.0 |
| | NV-DDR3 up to 1,600MT/s |
| DRAM Interface | Supports DDR4, LPDDR4 and LPDDR4X |
| | 32-bit data bus width |
| | 2 chip enable pins |
| Security | Real time full drive encryption with AES 128/256 |
| | TCG Opal 2.0 compliant |
| | Hardware SHA 256 and TRNG |
| Temperature Support | c-temp: 0°C to 70°C |
| | i-temp: -40°C to 85°C |
| Package | 841-ball FCBGA (15mm x 15mm) |

SM2264 Product Brief, 2020, p. 2.

50.    The required characteristics of LPDDR4 memories and memory systems and therefore of LPDDR4 memory controllers and their encompassing integrated circuits are defined

by JEDEC in a collection of publicly-available standards.  In particular, standard JES209-4 is the standard defining LPDDR4 SDRAMs, and JES209-4D is the latest version of that standard, dated June 2021.

51.     The Accused Products, including LPDDR4 memory controllers, include a first circuit to transmit commands to the memory component, the commands including a read command that specifies data to be accessed from a memory core of the memory component.  LPDDR4 SDRAM memory controllers, including those within members of the Silicon Motion SM2264 family, include a first circuit which is a driver circuit, which sends commands to the LPDDR4 SDRAMs over signal traces.  JESD209-4 refers to these signals at the SDRAMs as CA[5:0].

### 2.6  Pad Definition and Description
#### 2.6.1  Dual channel per die device

**Table 1 — Pad Definition and Description for Dual channel**

| Symbol | Type | Description |
|---|---|---|
| CK_t_A, CK_c_A, CK_t_B, CK_c_B | Input | **Clock:** CK_t and CK_c are differential clock inputs. All address, command, and control input signals are sampled on the crossing of the positive edge of CK_t and the negative edge of CK_c. AC timings for CA parameters are referenced to CK. Each channel (A & B) has its own clock pair. |
| CKE_A, CKE_B | Input | **Clock Enable:** CKE HIGH activates and CKE LOW deactivates the internal clock circuits, input buffers, and output drivers. Power-saving modes are entered and exited via CKE transitions. CKE is part of the command code. Each channel (A & B) has its own CKE signal. |
| CS_A, CS_B | Input | **Chip Select:** CS is part of the command code. Each channel (A & B) has its own CS signal. |
| CA[5:0]_A, CA[5:0]_B | Input | **Command/Address Inputs:** CA signals provide the Command and Address inputs according to the Command Truth Table. Each channel (A&B) has its own CA signals. |
| ODT(ca)_A, ODT(ca)_B | Input | **CA ODT Control:** The ODT_CA pin is used in conjunction with the Mode Register to turn on/off the On-Die-Termination for CA pins. |
| DQ[15:0]_A, DQ[15:0]_B | I/O | **Data Input/Output:** Bi-direction data bus. |
| DQS[1:0]_t_A, DQS[1:0]_c_A, DQS[1:0]_t_B, DQS[1:0]_c_B | I/O | **Data Strobe:** DQS_t and DQS_c are bi-directional differential output clock signals used to strobe data during a READ or WRITE. The Data Strobe is generated by the DRAM for a READ and is edge-aligned with Data. The Data Strobe is generated by the Memory Controller for a WRITE and must arrive prior to Data. Each byte of data has a Data Strobe signal pair. Each channel (A & B) has its own DQS strobes. |
| DMI[1:0]_A, DMI[1:0]_B | I/O | **Data Mask Inversion:** DMI is a bi-directional signal which is driven HIGH when the data on the data bus is inverted, or driven LOW when the data is in its normal state. Data Inversion can be disabled via a mode register setting. Each byte of data has a DMI signal. Each channel (A & B) has its own DMI signals. This signal is also used along with the DQ signals to provide write data masking information to the DRAM. The DMI pin function - Data Inversion or Data mask - depends on Mode Register setting. |
| ZQ | Reference | **Calibration Reference:** Used to calibrate the output drive strength and the termination resistance. There is one ZQ pin per die. The ZQ pin shall be connected to VDDQ through a 240Ω ± 1% resistor. |

JESD209-4D p. 25.

#### 4.46.1 Command Truth Table

Table 175 presents the Command Truth Table.

**Table 175 — Command Truth Table**

| SDRAM Command | SDR Command Pins | SDR CA Pins (6) | | | | | | CK_t edge | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | CS | CA0 | CA1 | CA2 | CA3 | CA4 | CA5 | | |
| Deselect (DES) | L | X | | | | | | R1 | 1,2 |
| Multi-Purpose | H | L | L | L | L | L | OP6 | R1 | 1,9 |
| Command (MPC) | L | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | R2 | |
| Precharge (PRE) | H | L | L | L | L | H | AB | R1 | 1,2,3,4 |
| (Per Bank, All Bank) | L | BA0 | BA1 | BA2 | V | V | V | R2 | |
| Refresh (REF) | H | L | L | L | H | L | AB | R1 | 1,2,3,4, |
| (Per Bank, All Bank) | L | BA0 | BA1 | BA2 | RFM | V | V | R2 | 14,15 |
| Self Refresh Entry | H | L | L | L | H | H | V | R1 | 1,2 |
| (SRE) | L | V | | | | | | R2 | |
| Write -1 (WR-1) | H | L | L | H | L | L | BL | R1 | 1,2,3,6,7 |
| | L | BA0 | BA1 | BA2 | V | C9 | AP | R2 | ,9 |
| Self Refresh Exit | H | L | L | H | L | H | V | R1 | 1,2 |
| (SRX) | L | V | | | | | | R2 | |
| Mask Write -1 | H | L | L | H | H | L | L | R1 | 1,2,3,5,6 |
| (MWR-1) | L | BA0 | BA1 | BA2 | V | C9 | AP | R2 | ,9 |
| RFU | H | L | L | H | H | H | V | R1 | 1,2 |
| | L | V | | | | | | R2 | |
| Read -1 (RD-1) | H | L | H | L | L | L | BL | R1 | 1,2,3,6,7 |
| | L | BA0 | BA1 | BA2 | V | C9 | AP | R2 | ,9 |
| CAS-2 (Write-2, Mask Write -2, Read-2, MRR-2, MPC) | H | L | H | L | L | H | C8 | R1 | 1,8,9 |
| | L | C2 | C3 | C4 | C5 | C6 | C7 | R2 | |
| RFU | H | L | H | L | H | L | V | R1 | 1,2 |
| | L | V | | | | | | R2 | |
| RFU | H | L | H | L | H | H | V | R1 | 1,2 |
| | L | V | | | | | | R2 | |
| Mode Register Write -1 (MRW-1) | H | L | H | H | L | L | OP7 | R1 | 1,11 |
| | L | MA0 | MA1 | MA2 | MA3 | MA4 | MA5 | R2 | |
| Mode Register Write-2 (MRW-2) | H | L | H | H | L | H | OP6 | R1 | 1,11 |
| | L | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | R2 | |
| Mode Register Read-1 (MRR-1) | H | L | H | H | H | L | V | R1 | 1,2,12 |
| | L | MA0 | MA1 | MA2 | MA3 | MA4 | MA5 | R2 | |

JESD209-4D, p. 278.

52.    The Accused Products, including LPDDR4 memory controllers, include circuits that drive these command signals toward the LPDDR4 SDRAMs. Among the commands that LPDDR4 SDRAMs can respond to are read commands. A read command is provided to a LPDDR4 SDRAM by sending a command in which CA[0], CA[2], CA[3], and CA[4] to L and CA[1] to H, where H and L represent voltage levels representing logic states, as defined in Section

10 of JESD209-4.  The LPDDR4 SDRAM's read operations are burst oriented, beginning at a selected location within the memory core.

> **4.6 Burst Read Operation**
>
> A burst Read command (Figure 14, Figure 15, and Figure 16) is initiated with CS, and CA[5:0] asserted to the proper state at the rising edge of CK, as defined by the Command Truth Table (Table 175). The command address bus inputs determine the starting column address for the burst. The two low-order address bits are not transmitted on the CA bus and are implied to be "0", so that the starting burst address is always a multiple of four (ex. 0x0, 0x4, 0x8, 0xC). The read latency (RL) is defined from the last rising

JESD209-4D, p. 82.

53.    A read command presented to a LPDDR4 SDRAM causes it to convey an addressed memory location to its pins for conveyance to the memory controller, as described in Section 4.6 of JESD209-4:



**Figure 14 — Burst Read Timing**

54.    Additionally, the Accused Products, including DDR4 memory controllers, include a second circuit to receive data sent by the memory component via an external bus, the data sent by the memory component in response to the read command.  A read command presented to a LPDDR4 SDRAM by LPDDR4 SDRAM memory controllers, including members of the Silicon Motion SM2664 family, causes the LPDDR4 SDRAM to convey an addressed memory location to its pins for conveyance to the memory controller, as described in Section 4.6 of JESD209-4.

The Accused Products, including the SM2264, necessarily have a second circuit to receive the data being sent from the memory component as a result of a read command.



**Figure 14 — Burst Read Timing**

JESD209-4D, p. 83.

55.    The DQ lines are defined as Data Input/Output lines that bi-directionally carry data into and out of the DRAM.  For Read commands, the data is output on the DQ lines and conveyed on an external bus comprised of signal traces to the memory controller.

**2.6  Pad Definition and Description**

**2.6.1  Dual channel per die device**

Table 1 — Pad Definition and Description for Dual channel

| Symbol | Type | Description |
|---|---|---|
| CK_t_A, CK_c_A, CK_t_B, CK_c_B | Input | **Clock:** CK_t and CK_c are differential clock inputs. All address, command, and control input signals are sampled on the crossing of the positive edge of CK_t and the negative edge of CK_c. AC timings for CA parameters are referenced to CK. Each channel (A & B) has its own clock pair. |
| CKE_A, CKE_B | Input | **Clock Enable:** CKE HIGH activates and CKE LOW deactivates the internal clock circuits, input buffers, and output drivers. Power-saving modes are entered and exited via CKE transitions. CKE is part of the command code. Each channel (A & B) has its own CKE signal. |
| CS_A, CS_B | Input | **Chip Select:** CS is part of the command code. Each channel (A & B) has its own CS signal. |
| CA[5:0]_A, CA[5:0]_B | Input | **Command/Address Inputs:** CA signals provide the Command and Address inputs according to the Command Truth Table. Each channel (A&B) has its own CA signals. |
| ODT(ca)_A, ODT(ca)_B | Input | **CA ODT Control:** The ODT_CA pin is used in conjunction with the Mode Register to turn on/off the On-Die-Termination for CA pins. |
| DQ[15:0]_A, DQ[15:0]_B | I/O | **Data Input/Output:** Bi-direction data bus. |
| DQS[1:0]_t_A, DQS[1:0]_c_A, DQS[1:0]_t_B, DQS[1:0]_c_B | I/O | **Data Strobe:** DQS_t and DQS_c are bi-directional differential output clock signals used to strobe data during a READ or WRITE. The Data Strobe is generated by the DRAM for a READ and is edge-aligned with Data. The Data Strobe is generated by the Memory Controller for a WRITE and must arrive prior to Data. Each byte of data has a Data Strobe signal pair. Each channel (A & B) has its own DQS strobes. |
| DMI[1:0]_A, DMI[1:0]_B | I/O | **Data Mask Inversion:** DMI is a bi-directional signal which is driven HIGH when the data on the data bus is inverted, or driven LOW when the data is in its normal state. Data Inversion can be disabled via a mode register setting. Each byte of data has a DMI signal. Each channel (A & B) has its own DMI signals. This signal is also used along with the DQ signals to provide write data masking information to the DRAM. The DMI pin function - Data Inversion or Data mask - depends on Mode Register setting. |
| ZQ | Reference | **Calibration Reference:** Used to calibrate the output drive strength and the termination resistance. There is one ZQ pin per die. The ZQ pin shall be connected to VDDQ through a 240Ω ± 1% resistor. |

JESD209-4D, p. 25.

56.     These pins in the LPDDR4 SDRAM Memory Interface necessarily have circuitry within the SM2264 or comparable infringing device to receive the data being sent from the memory component as a result of a read command.  This circuitry is the second circuit.

57.     Additionally, the Accused Products including LPDDR4 memory controllers include calibration circuitry, operable during calibration, to receive from the memory component, in response to one of the commands, a pattern selected from at least one of a first data pattern and a second data pattern and to, based on the selected pattern, adjust a timing of a timing reference signal for sampling the data at the second receive circuit, wherein the timing of the timing reference signal is initially set using an initial calibration sequence and then updated during one or more subsequent calibration sequences.  LPDDR4 SDRAMs, including members of the Silicon Motion SM2264 family, include a calibration mode called RD DQ Calibration which is performed as part of power-up initialization:

9. After write leveling, the DQ Bus (internal $V_{REF}$(DQ), DQS, and DQ) should be trained for high-speed operation using the MPC training commands and by issuing MRW commands to adjust $V_{REF}$(DQ)(Tj). The LPDDR4 device will power-up with receivers configured for low-speed operations and $V_{REF}$(DQ) set to a default factory setting. Normal device operation at clock speeds higher than tCKb should not be attempted until DQ Bus training has been completed. The MPC Read Calibration command is used together with MPC FIFO Write/Read commands to train DQ bus without disturbing the memory array contents. See DQ Bus Training section for detailed DQ Bus Training sequence.

JESD209-4D, p. 40.

58.     RD DQ Calibration is the mechanism by which the members of the Silicon Motion SM2264 family adjust their receive timing to reliably capture read data from the memory components.  The circuitry in the DDR4 memory controller coupled to the DQ receivers is the claimed calibration circuitry.

### 4.31  RD DQ Calibration
#### 4.31.1  RD DQ Calibration for x16 mode
LPDDR4 devices feature a RD DQ Calibration training function that outputs a 16-bit user-defined pattern on the DQ pins. RD DQ Calibration is initiated by issuing a MPC-1 [RD DQ Calibration] command followed by a CAS-2 command, cause the LPDDR4-SDRAM to drive the contents of MR32 followed by the content of MR40 on each of DQ[15:0] and DMI[1:0]. The pattern can be inverted on selected DQ pins according user-defined invert masks written to MR15 and MR20.

JESD209-4D, p. 225.



Figure 126 — DQ Read Training Timing: Read to Read DQ Calibration

JESD209-4D, p. 226.

59.    Additionally, the Accused Products, including LPDDR4 memory controllers, contain Multi-Purpose Commands (MPC) to cause mode registers 32 and 40 to be used as the source of the RD DQ Calibration data patterns.



JESD209-4D, p. 246.

JESD209-4D, p. 247.

60.     Additionally, the Accused Products, including DDR4 memory controllers, including members of the SM2264 family, include RD DQ Calibration to adjust a timing reference signal for sampling the data at the second receive circuit.  The LPDDR4 SDRAM provides known data to the memory controller so that it can adjust its internal timing reference for sampling incoming data from the LPDDR4 SDRAM on its data receive circuits.

> **4.31  RD DQ Calibration**
> **4.31.1  RD DQ Calibration for x16 mode**
> LPDDR4 devices feature a RD DQ Calibration training function that outputs a 16-bit user-defined patter on the DQ pins. RD DQ Calibration is initiated by issuing a MPC-1 [RD DQ Calibration] command follow by a CAS-2 command, cause the LPDDR4-SDRAM to drive the contents of MR32 followed by the conten of MR40 on each of DQ[15:0] and DMI[1:0]. The pattern can be inverted on selected DQ pins according user-defined invert masks written to MR15 and MR20.

JESD209-4D, p. 225.

61.     Additionally, the Accused Products, including LPDDR4 memory controllers, including members of the SM2264 family, include a timing reference signal, wherein the timing of the timing reference signal is initially set using an initial calibration sequence and then updated during one or more subsequent calibration sequences.  It is known that initialization and calibration of the LPDDR4 SDRAM memory controller to LPDDR4 SDRAM interface.  It is also necessary to recalibrate the interface periodically and/on detection of an error or on recognition of a significant shift in the conditions (principally temperature and voltage) under which the memory system is operating.  Recalibration of the DQ read path can be performed essentially whenever the LPDDR4 SDRAM is not using the DQ bus for data transfer:

> • The MPC-1 [RD DQ Calibration] command can be issued every tCCD seamlessly, and tRTRRD delay is required between Array Read command and  the MPC-1 [RD DQ Calibration] command as well the delay required between the MPC-1 [RD DQ Calibration] command and an array read.
> • The operands received with the CAS-2 command must be driven LOW.
> • DQ Read Training can be performed with any or no banks active, during Refresh, or during SREF with CKE high.

JESD209-4D, p. 225.

62.     Defendant has and continues to indirectly infringe one or more claims of the '642 Patent by knowingly and intentionally inducing others, including Silicon Motion customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products.

63.     Defendant has induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '642 Patent, but while remaining willfully blind to the infringement.

64.     Defendant, with knowledge that these products, or the use thereof, infringe the '642 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '642 Patent by providing these products to end-users for use in an infringing manner.

65.     Rampart has suffered damages as a result of Defendant's direct and indirect infringement of the '642 Patent in an amount to be proved at trial.

66.     Rampart has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '642 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

67.     Silicon Motion has committed and continues to commit acts of infringement that Silicon Motion actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '642 Patent.  Silicon Motion's direct and indirect infringement of the '642 Patent has been and continues to be willful, intentional, deliberate, and/or in conscious disregard of Rampart's rights under the patent.  Rampart is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## COUNT III
### (Infringement of the '609 Patent)

68.     Paragraphs 1 through 24 are incorporated by reference as if fully set forth herein.

69.     Rampart has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '609 Patent.

70.     Defendant has and continues to directly infringe the '609 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products, including, but not limited to, products supporting DDR4 external memories, such as the Silicon Motion SM2259, SM2262, SM2262EN, SM2263, SM2263EN, SM2264, SM2267, SM2270, and SM8826 families.

71.     For example, Defendant has and continues to directly infringe at least claim 1 of the '609 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include a memory controller that complies with the DDR4 standard.  For example, members of the Silicon Motion SM2264 family include DDR4 external memory controllers capable of controlling a memory system consisting of DDR4 SDRAMs, each of which is compliant with the JEDEC standard JESD79-4.

## SPECIFICATIONS

### SM2264

| | |
|---|---|
| Host Interface | PCIe Gen4 x4 |
| PCIe Protocol | NVMe 1.4 |
| Processor | Quad-core ARM Cortex R8 CPU |
| NAND Flash Channel | 8 |
| CE/Channel | 8CH/64CE |
| Max Performance | Sequential Read: 7,400 MB/s |
| | Sequential Write: 7,000 MB/s |
| | Random Read: 1,100K IOPS |
| | Random Write: 1,100K IOPS |
| NAND Flash Support | ONFI4.1/3.0 and Toggle3.0/2.0 |
| | NV-DDR3 up to 1,600MT/s |
| DRAM Interface | Supports DDR4, LPDDR4 and LPDDR4X |
| | 32-bit data bus width |
| | 2 chip enable pins |
| Security | Real time full drive encryption with AES 128/256 |
| | TCG Opal 2.0 compliant |
| | Hardware SHA 256 and TRNG |
| Temperature Support | c-temp: 0°C to 70°C |
| | i-temp: -40°C to 85°C |
| Package | 841-ball FCBGA (15mm x 15mm) |

SM2264 Product Brief, 2020, p. 2.

72.     The required characteristics of DDR4 memories and memory systems and therefore of DDR4 memory controllers and their encompassing integrated circuits are defined by JEDEC in a collection of publicly-available standards.  In particular, standard JESD79-4 is the standard defining DDR4 SDRAMs, and JESD79-4D is the latest version of that standard, dated July 2021:

This document defines the DDR4 SDRAM specification, including features, functionalities, AC and DC characteristics, packages, and ball/signal assignments. The purpose of this Standard is to define the minimum set of requirements for JEDEC compliant 2 Gb through 16 Gb for x4, x8, and x16 DDR4 SDRAM devices. This standard was created based on the DDR3 standards (JESD79-3) and some aspects of the DDR and DDR2 standards (JESD79, JESD79-2).

JESD79-4D p. 1.

73.    The Accused Products, including DDR4 memory controllers, include a first circuit to transmit commands to the memory component.  DDR4 SDRAM memory controllers, including members of the Silicon Motion SM2264 family, include a first circuit, which is a driver circuit, which sends output signals onto the command pins. (*e.g.*, DDR_RAS#, DDR_CAS#, and DDR_WE#).

JESD79-4 refers to these signals at the SDRAMs, as ACT_n, RAS_n/A16, CAS_n/A15, and WE_n/A14.

### 2.7    Pinout Description

**Table 3 — Pinout Description**

| Symbol | Type | Function |
|---|---|---|
| | | Clock: CK_t and CK_c are differential clock inputs. All address and control input signals |
| ACT_n | Input | Activation Command Input : ACT_n defines the Activation command being entered along with CS_n. The input into RAS_n/A16, CAS_n/A15 and WE_n/A14 will be considered as Row Address A16, A15 and A14 |
| RAS_n/A16, CAS_n/A15, WE_n/A14 | Input | Command Inputs: RAS_n/A16, CAS_n/A15 and WE_n/A14 (along with CS_n) define the command being entered. Those pins have multi function. For  example, for activation with ACT_n Low, those are Addressing like A16,A15 and A14 but for non-activation command with ACT_n High, those are Command pins for Read, Write and other command defined in command truth table |
| | | Input Data Mask and Data Bus Inversion: DM_n is an input mask signal for write data |

JESD79-4D p. 5.

## 4.1   Command Truth Table

(a) Note 1,2,3 and 4 apply to the entire Command truth table
(b) Note 5 applies to all Read/Write commands.
[BG=Bank Group Address, BA=Bank Address, RA=Row Address, CA=Column Address, BC_n=Burst Chop, X=Don't Care, V=Valid].

### Table 35 — Command Truth Table

| Function | Abbreviation | CKE Previous Cycle | CKE Current Cycle | CS_n | ACT_n | RAS_n/A16 | CAS_n/A15 | WE_n/A14 | BG0-BG1 | BA0-BA1 | C2-C0 | A12/BC_n | A17,A13,A11 | A10/AP | A0-A9 | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mode Register Set | MRS | H | H | L | H | L | L | L | BG | BA | V | OP Code | | | | 12 |
| Refresh | REF | H | H | L | H | L | L | H | V | V | V | V | V | V | V | |
| Self Refresh Entry | SRE | H | L | L | H | L | L | H | V | V | V | V | V | V | V | 7,9 |
| Self Refresh Exit | SRX | H | H | H | X | X | X | X | X | X | X | X | X | X | X | 7,8,9, 10 |
| Self Refresh Exit | SRX | L | H | L | H | H | H | H | V | V | V | V | V | V | V | 7,8,9, 10 |
| Single Bank Precharge | PRE | H | H | L | H | L | L | H | BG | BA | V | V | V | L | V | |
| Precharge all Banks | PREA | H | H | L | H | L | L | H | V | V | V | V | V | H | V | |
| RFU | RFU | H | H | L | H | L | H | H | RFU | | | | | | | |
| Bank Activate | ACT | H | H | L | L | Row Address (RA) | | | BG | BA | V | Row Address (RA) | | | | |
| Write (Fixed BL8 or BC4) | WR | H | H | L | H | H | L | L | BG | BA | V | V | V | L | CA | |
| Write (BC4, on the Fly) | WRS4 | H | H | L | H | H | L | L | BG | BA | V | L | V | L | CA | |
| Write (BL8, on the Fly) | WRS8 | H | H | L | H | H | L | L | BG | BA | V | H | V | L | CA | |
| Write with Auto Precharge (Fixed BL8 or BC4) | WRA | H | H | L | H | H | L | L | BG | BA | V | V | V | H | CA | |
| Write with Auto Precharge (BC4, on the Fly) | WRAS4 | H | H | L | H | H | L | L | BG | BA | V | L | V | H | CA | |
| Write with Auto Precharge (BL8, on the Fly) | WRAS8 | H | H | L | H | H | L | L | BG | BA | V | H | V | H | CA | |
| Read (Fixed BL8 or BC4) | RD | H | H | L | H | H | L | H | BG | BA | V | V | V | L | CA | |
| Read (BC4, on the Fly) | RDS4 | H | H | L | H | H | L | H | BG | BA | V | L | V | L | CA | |
| Read (BL8, on the Fly) | RDS8 | H | H | L | H | H | L | H | BG | BA | V | H | V | L | CA | |
| Read with Auto Precharge (Fixed BL8 or BC4) | RDA | H | H | L | H | H | L | H | BG | BA | V | V | V | H | CA | |
| Read with Auto Precharge (BC4, on the Fly) | RDAS4 | H | H | L | H | H | L | H | BG | BA | V | L | V | H | CA | |
| Read with Auto Precharge (BL8, on the Fly) | RDAS8 | H | H | L | H | H | L | H | BG | BA | V | H | V | H | CA | |
| No Operation | NOP | H | H | L | H | H | H | H | V | V | V | V | V | V | V | 10 |
| Device Deselected | DES | H | H | H | X | X | X | X | X | X | X | X | X | X | X | |
| Power Down Entry | PDE | H | L | H | X | X | X | X | X | X | X | X | X | X | X | 6 |
| Power Down Exit | PDX | L | H | H | X | X | X | X | X | X | X | X | X | X | X | 6 |
| ZQ calibration Long | ZQCL | H | H | L | H | H | H | L | V | V | V | V | V | H | V | |
| ZQ calibration Short | ZQCS | H | H | L | H | H | H | L | V | V | V | V | V | L | V | |

JESD79-4D, p. 29.

74.    Additionally, the Accused Products, including DDR4 memory controllers, initiate a first command that specifies a first data pattern to be stored in a first register of the memory component.  DDR4 SDRAMs, including DDR4 SDRAMs used with members of the Silicon Motion SM2264 family, include a Multi-Purpose Register (MPR) for storing bit patterns for use in initialization/channel calibration.  Each of the four (4) MPR registers can be written by write

command (WR) after the SDRAM is placed into appropriate mode, as indicated by a write into

Mode Register 3 (MR3).

### 4.10 Multi Purpose Register

#### 4.10.1 DQ Training with MPR

The DDR4 DRAM contains four 8bit programmable MPR registers used for DQ bit pattern storage. These registers once programmed are activated with MRS read commands to drive the MPR bits on to the DQ bus during link training.

And DDR4 SDRAM only supports following command, MRS, RD, RDA WR, WRA, DES, REF and Reset during MPR enable Mode: MR3 [A2 = 1].

Note that in MPR mode RDA/WRA has the same functionality as a READ/WRITE command which means the auto precharge part of RDA/WRA is ignored. Power-Down mode and Self-Refresh command also is not allowed during MPR enable Mode. No other command can be issued within tRFC after REF command and 1x Refresh is only allowed when MPR mode is Enable. During MPR operations, MPR read or write sequence must be complete prior to a refresh command.

JESD79-4D, p. 43.



JESD79-4D, p. 43.



JESD79-4D, p. 46.



JESD79-4D, p. 47.

75.    During such a write command, as indicated at time Tb0, address signals BA1 and BA0 indicate which MPR register is to be written with the specified bit pattern provided on A[7:0]. The Accused Products, including the SM2664 family, perform a write command writing a first

one of the four MPR registers, which is a first command that specifies a first data pattern to be stored in a first register of the memory component.

76.    Additionally, the Accused Products, including DDR4 memory controllers, initiate a second command that specifies a second data pattern to be stored in a second register of the memory component.  DDR4 SDRAMs, connected to members of the Silicon Motion SM2264 family, include a second MPR register storing a second bit pattern (subsequent to the writing of a first MPR register with a first bit pattern).  The second MPR register is addressed by the BA1 and BA0 address bits in conjunction with the Write command:



JESD79-4D, p. 47.

77.    Additionally, the Accused Products, including DDR4 memory controllers, initiate a third command to select one of the first data pattern or the second data pattern to be output by the memory component.  The contents of the MPR registers are read out with read commands (RD) onto the DQ lines for use in DQ Training (subsequent to the writing of the MPR registers with

desired bit patterns).  Once the MR3 A2 bit is set to 0, a selected one of the first data pattern and the second data pattern is transmitted by the memory component from an MPR register onto the external bus in response to a RD (read) command.  One such command is illustrated below as being provided to the memory component at time Tb0.

### 4.10.3   MPR Reads (cont'd)

This process is depicted below(PL=0).



NOTE 1   Multi-Purpose Registers Read/Write Enable (MR3 A2 = 1)
         - Redirect all subsequent read and writes to MPR locations
NOTE 2   Address setting
         - A[1:0] = "00"b (data burst order is fixed starting at nibble, always 00b here)
         - A[2]= "0"b (For BL=8, burst order is fixed at 0,1,2,3,4,5,6,7)
         - BA1 and BA0 indicate the MPR location
         - A10 and other address pins are don't care including BG1 and BG0. A12 is don't care when MR0 A[1:0] = "00" or "10" , and must be '1'b when MR0 A[1:0] = "01"

#### 4.10.3  MPR Reads

MPR reads are supported using BL8 and BC4(Fixed) modes. BC4 on the fly is not supported for MPR reads.
In MPR Mode:
Reads (back-to-back) from Page 0 may use tCCD_S or tCCD_L timing between read commands; Reads (back-to-back) from Pages 1, 2, or 3 may not use tCCD_S timing between read commands; tCCD_L must be used for timing between read commands
MPR reads using BC4:
BA1 and BA0 indicate the MPR location within the selected page in MPR Mode.
A10 and other address pins are don't care including BG1 and BG0.
Read commands for BC4 are supported with starting column address of A2:A0 of '000' and '100'.

Data Bus Inversion (DBI) is not allowed during MPR Read operation. During MPR Read, DRAM ignores Read DBI Enable setting in MR5 bit A12 in MPR mode.

DDR4 MPR mode is enabled by programming bit A2=1 and then reads are done from a specific MPR location.
MPR location is specified with the Read command using  Bank address bits BA1 and BA0.

Each MPR location is 8 bit wide.

JESD79-4D, p. 44.

78.    Additionally, the Accused Products, including DDR4 memory controllers, include a second circuit to receive from the memory component as a received data pattern, the one of the first data pattern or the second data pattern output by the memory component, as selected by the third command.  A read command presented to a DDR4 SDRAM causes it to convey an addressed memory location or MPR register to its pins for conveyance to the memory controller, as described in Section 4.24 of JESD79-4.



JESD79-4D, p. 96.

79.    The DQ lines are defined as Data Input/Output lines that bi-directionally carry data into and out of the DRAM.  For Read commands, the data is output on the DQ lines and conveyed on an external bus comprised of signal traces to the memory controller.

**Table 3 — Pinout Description  (Cont'd)**

| Symbol | Type | Function |
|--------|------|----------|
| DQ | Input / Output | Data Input/ Output: Bi-directional data bus. If CRC is enabled via Mode register then CRC code is added at the end of Data Burst. Any DQ from DQ0~DQ3 may indicate the internal Vref level during test via Mode Register Setting MR4 A4=High. During this mode, RTT value should be set to Hi-Z. Refer to vendor specific datasheets to determine which DQ is used. |

JESD79-4D, p. 6.

The DQ pins of the DDR4 SDRAMs of the SM2264 are connected to D1_MDQ pins via said external bus. These pins in the DDR SDRAM Memory Interface necessarily have circuitry within the SM2264 to receive the data being sent from the memory component, either memory core contents or MPR register contents, as a result of a read command. This circuitry is the second circuit.

80.    Additionally, the Accused Products, including DDR4 memory controllers, include calibration circuitry, operable during calibration, to receive a data pattern and adjust the timing of a timing reference signal for sampling data at the second circuit. DDR4 SDRAMs include a calibration mode called DQ Read Training (Read Leveling). Read Training is performed as part of power-up initialization:

### 3.3.1   Power-up Initialization Sequence

The following sequence is required for POWER UP and Initialization and is shown in Figure 7.

1. Apply power (RESET_n and TEN are recommended to be maintained below 0.2 x VDD; all other inputs may be undefined). RESET_n needs to be maintained below 0.2 x VDD for minimum 200us with stable power and TEN needs to be maintained below 0.2 x VDD for minimum 700us with stable power. CKE is pulled "Low" anytime before RESET_n being de-asserted (min. time 10ns). The power voltage ramp time between 300mV to $V_{DD}$ min must be no greater than 200ms; and during the ramp, $V_{DD} \geq V_{DDQ}$ and $(V_{DD}\text{-}V_{DDQ}) < 0.3$volts. VPP must ramp at the same time or earlier than VDD and VPP must be equal to or higher than VDD at all times.

15. The DDR4 SDRAM is now ready for read/Write training (include Vref training and Write leveling).

JESD79-4D, pp. 11-12.

81.    Read DQ Training is the mechanism by which the DDR4 memory controller adjusts its receive timing to reliably capture read data from the memory components. The circuitry in the DDR4 memory controller coupled to the DQ receivers that calibrates the DQ receivers is said calibration circuitry. The DDR4 Memory Controller in the Accused Products necessarily includes calibration circuitry operating on the received data pattern, adjusting a timing of a timing reference signal for sampling data at the second circuit as part of DQ Training.

82.     Defendant has and continues to indirectly infringe one or more claims of the '609 Patent by knowingly and intentionally inducing others, including Silicon Motion customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products.

83.     Defendant, with knowledge, that these products or the use thereof, infringe the '609 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '609 Patent by providing these products to end-users for use in an infringing manner.

84.     Rampart has suffered damages as a result of Defendant's direct and indirect infringement of the '609 Patent in an amount to be proved at trial.

85.     Rampart has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '609 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

86.     Silicon Motion has committed, and continues to commit, acts of infringement that Silicon Motion actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '609 Patent.  Silicon Motion's direct and indirect infringement of the '609 Patent has been and continues to be willful, intentional, deliberate, and/or in conscious disregard of Rampart's rights under the patent.  Rampart is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## COUNT IV
### (Infringement of the '311 Patent)

87.     Paragraphs 1 through 24 are incorporated by reference as if fully set forth herein.

88.     Rampart has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '311 Patent.

89.     Defendant has and continues to directly infringe the '311 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products including, but not limited to, products supporting the DDR3 and/or DDR3L external memories, such as the Silicon Motion SM768, SM2246EN, SM2258, SM2259, SM2262EN, SM2263EN, SM2267, SM2270, SM2271, and SM8266 families.

90.     For example, Defendant has and continues to directly infringe at least claim 26 of the '311 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include a memory controller that complies with the DDR3 standard.  For example, members of the Silicon Motion SM2270 include DDR3 external memory controllers capable of controlling a memory system consisting of DDR3 SDRAMs, each of which is compliant with the JEDEC standard JESD79-3D.

## SPECIFICATIONS

### SM2270

| | |
|---|---|
| **Host interface** | PCIe Gen3 x8 |
| **Command Protocol** | NVMe 1.3 |
| **Processor** | Triple ARM Cortex R5 Dual-core CPUs |
| **Flash Controller** | - 16CH/8CE for total 128CE<br>- 3D TLC/QLC<br>- Up to 16TB |
| **DRAM Controller** | - Dual, 32-bit data bus width<br>- DDR3/3L/4-2133 and LPDDR3-1600<br>- Max addressing to 16GB with banking |
| **Data Integrity and Reliability** | - 2KB LDPC<br>- Programmable RAID<br>- E2E DPP (512B+2B-CRC)<br>- DRAM ECC (SECDED/32B+2B)<br>- SRAM ECC (SECDED/32b+7b) |
| **Performance (U.2)** | - Seq. Read: up to 3,200 MB/s<br>- Seq. Write: up to 2,800 MB/s<br>- 4KB Random Read: up to 800K IOPS<br>- 4KB Random Write: up to 200K IOPS |
| **Temperature** | - 0 ~ 70℃ (Commercial)<br>- -40 ~ 85℃ (Industrial) |
| **Package** | 961-ball FCBGA (21mmx21mm) |

SM2270 Product Brief, 2019, p. 2.

91.    The Accused Products including DDR3 memory controllers include a first transmitter to output first control information synchronously with respect to a first transition of a timing signal and second control information synchronously with respect to a second transition of the timing signal.  DDR3 SDRAM memory controllers, connected to members of the Silicon Motion SM2270, include a collection of control signals which provide control information to the memory devices to direct their operation.  A first set of control information is sent synchronously with the memory clock signal, which is the timing signal.  Subsequently, a second set of control

information is sent along the same control information signal lines synchronously with respect to a second transition of the memory clock. For example, two consecutive write operations as a result to two separate write commands (control information) are transmitted on the Command bus from a first transmitter, each synchronous with CK/CK# signal, as shown below:



**Figure 53 — WRITE (BC4) to WRITE (BC4) OTF**

JESD79-3F, p. 73.

92.     In the Accused Products including DDR3 SDRAMs, the command bus comprises the RAS#, CAS# and WE# signals:

### 2.10   Pinout Description

**Table 1 — Input/output functional description**

| Symbol | Type | Function |
|---|---|---|
| CK, CK# | Input | Clock: CK and CK# are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK and negative edge of CK#. |
| CKE, (CKE0), (CKE1) | Input | Clock Enable: CKE HIGH activates, and CKE Low deactivates, internal clock signals and device input buffers and output drivers. Taking CKE Low provides Precharge Power-Down and Self-Refresh operation (all banks idle), or Active Power-Down (row Active in any bank). CKE is asynchronous for Self-Refresh exit. After VREFCA and VREFDQ have become stable during the power on and initialization sequence, they must be maintained during all operations (including Self-Refresh). CKE must be maintained high throughout read and write accesses. Input buffers, excluding CK, CK#, ODT and CKE, are disabled during power-down. Input buffers, excluding CKE, are disabled during Self-Refresh. |
| CS#, (CS0#), (CS1#), (CS2#), (CS3#) | Input | Chip Select: All commands are masked when CS# is registered HIGH. CS# provides for external Rank selection on systems with multiple Ranks. CS# is considered part of the command code. |
| ODT, (ODT0), (ODT1) | Input | On Die Termination: ODT (registered HIGH) enables termination resistance internal to the DDR3 SDRAM. When enabled, ODT is only applied to each DQ, DQS, DQS# and DM/TDQS, NU/TDQS# (When TDQS is enabled via Mode Register A11=1 in MR1) signal for x4/x8 configurations. For x16 configuration, ODT is applied to each DQ, DQSU, DQSU#, DQSL, DQSL#, DMU, and DML signal. The ODT pin will be ignored if MR1 and MR2 are programmed to disable RTT. |
| RAS#. CAS#. WE# | Input | Command Inputs: RAS#, CAS# and WE# (along with CS#) define the command being entered. |

JESD79-3F, p. 13.

93.     The Accused Products, including the SM2270, include transmitter circuits that drive command signals onto output pins.

94.    Additionally, the Accused Products including DDR3 memory controllers send first control information indicating a first write operation to a first memory device, such that the first memory device samples first data in response to the first control information.  A DDR3 SDRAM memory system comprises a bus width of 32 or 64 bits and comprises at least a first and second memory device attached to different ones of the 32 or 64 data bus lines.



JEDEC DDR3 SDRAM UDIMM Design Specification, Revision 1.06, pp 4.20.19-35.

95.    If the first control information specifies a write operation, the first memory device will, at the appropriate time, sample first data arriving on a set of data signal lines from the memory controller.

**Table 6 — Command Truth Table**

| Function | Abbreviation | CKE | | CS# | RAS# | CAS# | WE# | BA0-BA2 | A13-A15 | A12-BC# | A10-AP | A0-A9,A11 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Previous Cycle | Current Cycle | | | | | | | | | | |
| Mode Register Set | MRS | H | H | L | L | L | L | BA | OP Code | | | | |
| Refresh | REF | H | H | L | L | L | H | V | V | V | V | V | |
| Self Refresh Entry | SRE | H | L | L | L | L | H | V | V | V | V | V | 7,9,12 |
| Self Refresh Exit | SRX | L | H | H | X | X | X | X | X | X | X | X | 7,8,9, 12 |
| | | | | L | H | H | H | V | V | V | V | V | |
| Single Bank Precharge | PRE | H | H | L | L | H | L | BA | V | V | L | V | |
| Precharge all Banks | PREA | H | H | L | L | H | L | V | V | V | H | V | |
| Bank Activate | ACT | H | H | L | L | H | H | BA | Row Address (RA) | | | | |
| Write (Fixed BL8 or BC4) | WR | H | H | L | H | L | L | BA | RFU | V | L | CA | |
| Write (BC4, on the Fly) | WRS4 | H | H | L | H | L | L | BA | RFU | L | L | CA | |
| Write (BL8, on the Fly) | WRS8 | H | H | L | H | L | L | BA | RFU | H | L | CA | |
| Write with Auto Precharge (Fixed BL8 or BC4) | WRA | H | H | L | H | L | L | BA | RFU | V | H | CA | |
| Write with Auto Precharge (BC4, on the Fly) | WRAS4 | H | H | L | H | L | L | BA | RFU | L | H | CA | |
| Write with Auto Precharge (BL8, on the Fly) | WRAS8 | H | H | L | H | L | L | BA | RFU | H | H | CA | |

JESD79-3F, p. 33.



**Figure 53 — WRITE (BC4) to WRITE (BC4) OTF**

JESD79-3F, p. 73.

96.    Additionally, the Accused Products including DDR3 memory controllers send second control information indicating a second write operation to a second memory device, such that the second memory device samples second data in response to the second control information. DDR3 SDRAM memory controllers connected to the SM2270, send a second write to the same rank of memory devices causing a second memory device in the same rank to sample the second data in response to the second control information.



JEDEC DDR3 SDRAM UDIMM Design Specification, Revision 1.06, pp. 4.20.19-35.

**6.5 Net Structure Routing for Control**



**Figure 27 — Net Structure Routing for Control (Raw Card Version A) S0_n, ODT0 and CKE0**

JEDEC DDR3 SDRAM UDIMM Design Specification, Revision 1.06, pp. 4.20.19-45.

97.     Additionally, the Accused Products, including DDR3 memory controllers, include a second transmitter to output the first data using a first timing offset that is based on a first time that the first control information takes to propagate from the first transmitter to the first memory device.  DDR3 SDRAM memory controllers including the SM2270 memory controller includes a second transmitter to output the first data using a first timing offset that is based on a first time that the first control information takes to propagate from the first transmitter to the first memory device. The DDR3 SDRAM controller is connected to the plurality of data signal conductors connecting the Silicon Motion SM2270 Microprocessor memory controller to the first memory device for transmitting a first data to the first memory component.

98.     Regardless of whether a DDR3 UDIMM is used or not, the same fly-by configuration of the timing and control information will be evident.

99.     DDR3 SDRAM memory controllers employ write leveling to adjust the timing of write data being sent to the respective DDR3 SDRAM memory devices to compensate for the differing propagation delay of the control information and clock from the memory controller to the respective memory devices.  Post write leveling during initialization of the memory subsystem, the second transmitter outputs the first data using a first timing offset that is based on a first time that the first control information takes to propagate from the first transmitter to the first memory device:

**3.4.3.5    Write leveling**

For better signal integrity, DDR3 memory module adopted fly-by topology for the commands, addresses, control signals, and clocks. The fly-by topology has the benefit of reducing the number of stubs and their length, but it also causes flight time skew between clock and strobe at every DRAM on the DIMM. This makes it difficult for the Controller to maintain tDQSS, tDSS, and tDSH specification. Therefore, the DDR3 SDRAM supports a 'write leveling' feature to allow the controller to compensate for skew. See 4.8 "Write Leveling" on page 42 for more details.

JESD79-3F, p. 28.

## 4.8    Write Leveling

For better signal integrity,  the DDR3 memory module adopted fly-by topology for the commands, addresses, control signals, and clocks. The fly-by topology has benefits from reducing number of stubs and their length, but it also causes flight time skew between clock and strobe at every DRAM on the DIMM. This makes it difficult for the Controller to maintain tDQSS, tDSS, and tDSH specification. Therefore, the DDR3 SDRAM supports a 'write leveling' feature to allow the controller to compensate for skew.

The memory controller can use the 'write leveling' feature and feedback from the DDR3 SDRAM to adjust the DQS - DQS# to CK - CK# relationship. The memory controller involved in the leveling must have adjustable delay setting on DQS - DQS# to align the rising edge of DQS - DQS# with that of the clock at the DRAM pin. The DRAM asynchronously feeds back CK - CK#, sampled with the rising edge of DQS - DQS#, through the DQ bus. The controller repeatedly delays DQS - DQS# until a transition from 0 to 1 is detected. The DQS - DQS# delay established though this exercise would ensure tDQSS specification. Besides tDQSS, tDSS and tDSH specification also needs to be fulfilled. One way to achieve this is to combine the actual tDQSS in the application with an appropriate duty cycle and jitter on the DQS - DQS# signals. Depending on the actual tDQSS in the application, the actual values for tDQSL and tDQSH may have to be better than the absolute limits provided in the chapter "AC Timing Parameters" in order to satisfy tDSS and tDSH specification. A conceptual timing of this scheme is shown in Figure 17.



**Figure 17 — Write Leveling Concept**

JESD79-3F, p. 42.

100.    Additionally, the Accused Products, including DDR3 memory controllers, include a third transmitter to output the second data using a second timing offset that is based on a second time that the second control information takes to propagate from the first transmitter to the second memory device, the second time being longer than the first time.  In a DDR3 SDRAM memory system, such as one built using a DDR3 SDRAM UDIMM, comprises control information following the same path as the memory clock, so that the timing offset for sending the second data is based on both the propagation delay of the memory clock and the control information.  The DDR3 SDRAM memory system comprises the propagation delay of clock and control information

travelling together which are different to different memory devices, as a result of the fly-by memory system configuration. Therefore, the second memory device is one of the pair, such that the second time is longer than the first time, whether memory modules are used or not.

**6.5 Net Structure Routing for Control**



**Figure 27 — Net Structure Routing for Control (Raw Card Version A)**
**S0_n, ODT0 and CKE0**

JEDEC DDR3 SDRAM UDIMM Design Specification, Revision 1.06, pp. 4.20.19-45.

101. Post write leveling during initialization of the memory subsystem, the second transmitter outputs the first data using a first timing offset that is based on a first time that the first control information takes to propagate from the first transmitter to the first memory device:

**3.4.3.5 Write leveling**

For better signal integrity, DDR3 memory module adopted fly-by topology for the commands, addresses, control signals, and clocks. The fly-by topology has the benefit of reducing the number of stubs and their length, but it also causes flight time skew between clock and strobe at every DRAM on the DIMM. This makes it difficult for the Controller to maintain tDQSS, tDSS, and tDSH specification. Therefore, the DDR3 SDRAM supports a 'write leveling' feature to allow the controller to compensate for skew. See 4.8 "Write Leveling" on page 42 for more details.

JESD79-3F, p. 28.

**4.8 Write Leveling**

For better signal integrity, the DDR3 memory module adopted fly-by topology for the commands, addresses, control signals, and clocks. The fly-by topology has benefits from reducing number of stubs and their length, but it also causes flight time skew between clock and strobe at every DRAM on the DIMM. This makes it difficult for the Controller to maintain tDQSS, tDSS, and tDSH specification. Therefore, the DDR3 SDRAM supports a 'write leveling' feature to allow the controller to compensate for skew. The memory controller can use the 'write leveling' feature and feedback from the DDR3 SDRAM to adjust the DQS - DQS# to CK - CK# relationship. The memory controller involved in the leveling must have adjustable delay setting on DQS - DQS# to align the rising edge of DQS - DQS# with that of the clock at the DRAM pin. The DRAM asynchronously feeds back CK - CK#, sampled with the rising edge of DQS - DQS#, through the DQ bus. The controller repeatedly delays DQS - DQS# until a transition from 0 to 1 is detected. The DQS - DQS# delay established though this exercise would ensure tDQSS specification. Besides tDQSS, tDSS and tDSH specification also needs to be fulfilled. One way to achieve this is to combine the actual tDQSS in the application with an appropriate duty cycle and jitter on the DQS - DQS# signals. Depending on the actual tDQSS in the application, the actual values for tDQSL and tDQSH may have to be better than the absolute limits provided in the chapter "AC Timing Parameters" in order to satisfy tDSS and tDSH specification. A conceptual timing of this scheme is shown in Figure 17.



Figure 17 — Write Leveling Concept

JESD79-3F, p. 42.

102.    Defendant has and continues to indirectly infringe one or more claims of the '311 Patent by knowingly and intentionally inducing others, including Silicon Motion customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products.

103.    Upon information and belief, with knowledge and intent, or with willful blindness, Defendant encourages and facilitates infringement of one or more claims of the '311 Patent by others, including at least claim 26.   For example, Rambus Inc. notified Silicon Motion in September 2018 that Silicon Motion was infringing the'311 Patent by making, using, selling, offering to sell, and/or importing products, including SM2270, SM2262EN, SM2262, SM2263EN, SM2260, SM2259, SM2258, SM2256, SM2246EN, and SM768 that include controllers for DDR3 memories.

104.    Defendant, with knowledge that these products, or the use thereof, infringe the '311 Patent at least as of September 2018, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '311 Patent by providing these products to end-users for use in an infringing manner.

105.     Defendant has induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '311 Patent, but while remaining willfully blind to the infringement.

106.     Rampart has suffered damages as a result of Defendant's direct and indirect infringement of the '311 Patent in an amount to be proved at trial.

107.     Rampart has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '311 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

108.     Silicon Motion has committed, and continues to commit, acts of infringement that Silicon Motion actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '311 Patent.  Silicon Motion's direct and indirect infringement of the '311 Patent has been and continues to be willful, intentional, deliberate, and/or in conscious disregard of Rampart's rights under the patent.  Rampart is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## COUNT V
### (Infringement of the '616 Patent)

109.     Paragraphs 1 through 24 are incorporated by reference as if fully set forth herein.

110.     Rampart has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '616 Patent.

111.     Defendant has and continues to directly infringe the '616 Patent, either literally or under the doctrine of equivalents, without authority, and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products including, but not limited to, products supporting the DDR3 or DDR3L external

memories, such as Silicon Motion SM768, SM2246EN, SM2258, SM2259, SM2262EN, SM2263EN, SM2267, SM2270, SM2271, and SM8266 families.

112. For example, Defendant has and continues to directly infringe at least claim 36 of the '616 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include a memory controller that complies with the DDR3 standard. For example, the Silicon Motion SM2270 includes DDR3 external memory controllers capable of controlling a memory system consisting of DDR3 SDRAMs, each of which is compliant with the JEDEC standard JESD79-3.

## SPECIFICATIONS

### SM2270

| | |
|---|---|
| Host interface | PCIe Gen3 x8 |
| Command Protocol | NVMe 1.3 |
| Processor | Triple ARM Cortex R5 Dual-core CPUs |
| Flash Controller | - 16CH/8CE for total 128CE<br>- 3D TLC/QLC<br>- Up to 16TB |
| DRAM Controller | - Dual, 32-bit data bus width<br>- DDR3/3L/4-2133 and LPDDR3-1600<br>- Max addressing to 16GB with banking |
| Data Integrity and Reliability | - 2KB LDPC<br>- Programmable RAID<br>- E2E DPP (512B+2B-CRC)<br>- DRAM ECC (SECDED/32B+2B)<br>- SRAM ECC (SECDED/32b+7b) |
| Performance (U.2) | - Seq. Read: up to 3,200 MB/s<br>- Seq. Write: up to 2,800 MB/s<br>- 4KB Random Read: up to 800K IOPS<br>- 4KB Random Write: up to 200K IOPS |
| Temperature | - 0 ~ 70℃ (Commercial)<br>- -40 ~ 85℃ (Industrial) |
| Package | 961-ball FCBGA (21mmx21mm) |

SM2270 Product Brief, 2019, p. 2.

113.    The Accused Products, including DDR3 memory controllers, include a clock buffer to provide a clock signal to an external clock line routed in succession to a first and second memory component.  DDR3 SDRAM memory controllers, connected to the SM2270, include a buffer that drives the memory clock signal onto the external clock line toward the plurality of DDR3 SDRAMs that necessarily include a first and second memory component.  DDR3 memory systems generally incorporate a fly-by-clock distribution topology, whereby the clock is routed in succession to the first and second memory components.  The same would be the case if the DDR3 SDRAMs are mounted directly on the same printed circuit board as the SM2270 if a comparable clock distribution strategy was used within the memory subsystem.



JEDEC DDR3 SDRAM UDIMM Design Specification, Revision 1.06, pp. 4.20.19-35.

114.    Additionally, the Accused Products, including DDR3 memory controllers, include a memory controller component wherein a first propagation time required for the clock signal to propagate on the clock line from the memory controller component to the first memory component is shorter than a second propagation time required for the clock signal to propagate on the clock line from the memory controller component to the second memory component.  In DDR3 SDRAM UDIMMs, the clock signal traverses the DIMM from one SDRAM near one edge to the last SDRAM near the opposite edge.  Those edges are specified to be 133mm apart.  Based on this. or any comparable clock distribution topology, the first propagation time required for the clock to

propagate from the memory controller to the first memory component will be shorter than the second clock propagation time from the memory controller to the second memory component.

## 6.4 Clock Net Structures



**Figure 21 — Clock Net Structures (Raw Card Version A) CK0_t, CK0_c**

JEDEC DDR3 SDRAM UDIMM Design Specification, Revision 1.06, pp. 4.20.19-39.

**Table 16 — Trace Lengths for Clock Net Structures (Raw Card Version A) CK0_t, CK0_c**

| RC | Length (mm) | TL0 A | TL0 B | TL1 | TL2 | TL3 | TL4 | TL5 | TL6 | TL7 | TL8 | TL9 | First DRAM Compensated[2] | Last DRAM Compensated[3] | TL10 | TL11 | C$_{COMP}$ | R$_{TT}$ | C$_{TT}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MS | MS | SL | MS | SL | SL | SL | SL | SL | SL | SL | | | SL | MS | | | |
| A0/A1 | MIN | 4.2 | 1.1 | 94.0 | 1.0 | 15.3 | 15.3 | 15.3 | 24.8 | 15.3 | 15.3 | 15.3 | 98.9 | 215.5 | 11.7 | 0.7 | 2.2pF | 36Ω | 0.1µF |
| | MAX | 4.3 | 1.2 | 94.1 | 1.1 | 15.4 | 15.4 | 15.4 | 24.9 | 15.4 | 15.4 | 15.4 | 99.0 | 215.6 | 11.8 | 0.8 | 2.2pF | 36Ω | 0.1µF |

Note 1  Columns which represent the sum of the other columns are expressed in equivalent stripline lengths with the conversion factor of 1.1 mm of microstrip = 1.0 mm of stripline.
Note 2  Equivalent stripline length to first DRAM [TL0A/1.1 + TL1 + TL2/1.1].
Note 3  Equivalent stripline length to last DRAM [TL0A/1.1 + TL1 + TL2/1.1 + TL3 + TL4 + TL5 + TL6 + TL7 + TL8 + TL9].
Note 4  The pair CK1_t and CK1_c is routed to a 75Ω termination resistor but is not connected to any DRAM.

JEDEC DDR3 SDRAM UDIMM Design Specification, Revision 1.06, pp. 4.20.19-39.

**Table 1 — Product Family Attributes**

| DIMM Organization | x64, x72 ECC | Notes |
|---|---|---|
| DIMM Dimensions (NOM) | 133.35 mm x 30.00 mm x 4 mm | Refer to MO 269 |
| | 133.35 mm x 18.75 mm x 4 mm | Refer to MO 269 |
| Pin Count | 240 | |
| DDR3 SDRAMs Supported | 512Mb, 1Gb, 2Gb, 4Gb, 8Gb | 78/106-ball FBGA package for x8 and 96/112-ball FBGA for x16 devices. |

JEDEC DDR3 SDRAM UDIMM Design Specification, Revision 1.06, pp. 4.20.19-9.



Figure 11 — Example Component Placement (Raw Card Version A)

JEDEC DDR3 SDRAM UDIMM Design Specification, Revision 1.06, pp. 4.20.19-30.

115.    Additionally, the Accused Products, including DDR3 memory controllers, include a first transmitter to transmit first data along a first dedicated data bus to the first memory component.  DDR3 SDRAM memory controllers connected to the Silicon Motion SM2270 are connected to the plurality of data signal conductors connecting the SM2270 memory controller to the first memory component for transmitting a first data to the first memory component.

| Pin Name | Description |
|---|---|
| A0–A15 | SDRAM address bus |
| BA0–BA2 | SDRAM bank select |
| RAS_n | SDRAM row address strobe |
| CAS_n | SDRAM column address strobe |
| WE_n | SDRAM write enable |
| S0_n–S1_n | DIMM Rank Select Lines |
| CKE0–CKE1 | SDRAM clock enable lines |
| ODT0–ODT1 | On-die termination control lines |
| DQ0–DQ63 | DIMM memory data bus |
| CB0–CB7 | DIMM ECC check bits |
| DQS0_t–DQS8_t | SDRAM data strobes (positive line of differential pair) |
| DQS0_c–DQS8_c | SDRAM data strobes (negative line of differential pair) |
| DM0–DM8 | SDRAM data masks/high data strobes (x8-based x72 DIMMs) |
| CK0_t–CK1_t | SDRAM clocks (positive line of differential pair) |
| CK0_c–CK1_c | SDRAM clocks (negative line of differential pair) |

JEDEC DDR3 SDRAM UDIMM Design Specification, Revision 1.06, pp. 4.20.19-11.

### 2.10    Pinout Description

**Table 1 — Input/output functional description**

| Symbol | Type | Function |
|--------|------|----------|
| DQ | Input / Output | Data Input/ Output: Bi-directional data bus. |

JESD79-3F, p. 13.

116.    Additionally, the Accused Products including DDR3 memory controllers include a second transmitter to transmit second data along a second dedicated data bus to the second memory component.  DDR3 SDRAM memory controllers, connected to the Silicon Motion SM2270 are connected to the plurality of data signal conductors connecting the SM2270 memory controller to the second memory component for transmitting a second data to the second memory component.

117.    Additionally, the Accused Products, including DDR3 memory controllers, comprise a memory controller component wherein the time at which the second data is transmitted is offset from a time at which the first data is transmitted based, at least in part, on the difference between the first and second propagation times.  In DDR3 SDRAM memory controllers, including the Silicon Motion SM2270, write leveling is applied to adjust the time write data is transmitted towards each respective memory component so that the data arrives approximately coincidently with the clock signal arriving at each of the respective SDRAMs.  Thus, after write leveling has been performed as part of memory system initialization, the time the second data is sent toward the second memory component is offset from the time the first data is sent by an amount approximately equal to the difference in the clock propagation times.

### 3.4.3.5    Write leveling

For better signal integrity,  DDR3 memory module adopted fly-by topology for the commands, addresses, control signals, and clocks. The fly-by topology has the benefit of reducing the number of stubs and their length, but it also causes flight time skew between clock and strobe at every DRAM on the DIMM. This makes it difficult for the Controller to maintain tDQSS, tDSS, and tDSH specification. Therefore, the DDR3 SDRAM supports a 'write leveling' feature to allow the controller to compensate for skew. See 4.8 "Write Leveling" on page 42 for more details.

JESD79-3F, p. 28.

## 4.8    Write Leveling

For better signal integrity, the DDR3 memory module adopted fly-by topology for the commands, addresses, control signals, and clocks. The fly-by topology has benefits from reducing number of stubs and their length, but it also causes flight time skew between clock and strobe at every DRAM on the DIMM. This makes it difficult for the Controller to maintain tDQSS, tDSS, and tDSH specification. Therefore, the DDR3 SDRAM supports a 'write leveling' feature to allow the controller to compensate for skew.

The memory controller can use the 'write leveling' feature and feedback from the DDR3 SDRAM to adjust the DQS - DQS# to CK - CK# relationship. The memory controller involved in the leveling must have adjustable delay setting on DQS - DQS# to align the rising edge of DQS - DQS# with that of the clock at the DRAM pin. The DRAM asynchronously feeds back CK - CK#, sampled with the rising edge of DQS - DQS#, through the DQ bus. The controller repeatedly delays DQS - DQS# until a transition from 0 to 1 is detected. The DQS - DQS# delay established though this exercise would ensure tDQSS specification. Besides tDQSS, tDSS and tDSH specification also needs to be fulfilled. One way to achieve this is to combine the actual tDQSS in the application with an appropriate duty cycle and jitter on the DQS - DQS# signals. Depending on the actual tDQSS in the application, the actual values for tDQSL and tDQSH may have to be better than the absolute limits provided in the chapter "AC Timing Parameters" in order to satisfy tDSS and tDSH specification. A conceptual timing of this scheme is shown in Figure 17.



**Figure 17 — Write Leveling Concept**

JESD79-3F, p. 42.

118.    Additionally, the Accused Products, including DDR3 memory controllers, include a third transmitter to transmit a first strobe signal along a first dedicated strobe signal line to the first memory component, wherein the first memory component receives the first strobe signal to sample the first data.  DDR3 SDRAM memory controllers, including the Silicon Motion SM2270, include data lines, wherein each 8 data lines has associated with them a single differential data strobe signal.  The DDR3 external memory controller part of the SM2270 includes a transmitter for sending a first dedicated data strobe signal on a first dedicated strobe signal line that is

associated with the data signals/lines going to the first memory component. The first DDR3 SDRAM memory component uses the received strobe signal to sample the first data.



JEDEC DDR3 SDRAM UDIMM Design Specification, Revision 1.06, pp. 4.20.19-35.

### 2.10   Pinout Description

**Table 1 — Input/output functional description**

| Symbol | Type | Function |
|---|---|---|
| DQ | Input / Output | Data Input/ Output: Bi-directional data bus. |
| DQU, DQL, DQS, DQS#, DQSU, DQSU#, DQSL, DQSL# | Input / Output | Data Strobe: output with read data, input with write data. Edge-aligned with read data, centered in write data. For the x16, DQSL corresponds to the data on DQL0-DQL7; DQSU corresponds to the data on DQU0-DQU7. The data strobes DQS, DQSL, and DQSU are paired with differential signals DQS#, DQSL#, and DQSU#, respectively, to provide differential pair signaling to the system during reads and writes. DDR3 SDRAM supports differential data strobe only and does not support single-ended. |

JESD79-3F, p. 13.



**Figure 47 — WRITE Burst Operation WL = 5 (AL = 0, CWL = 5, BL8)**

JESD79-3F, p. 71.

119.    Additionally, the Accused Products, including DDR3 memory controllers, include a fourth transmitter to transmit a second strobe signal along a second dedicated strobe signal line to the second memory component, wherein the second memory component receives the second

strobe signal to sample the second data.  DDR3 SDRAM memory controllers, including those connected to the Silicon Motion SM2270, include a second DDR3 SDRAM memory component using the received strobe signal to sample the second data.  DDR3 SDRAM memory controllers, including the Silicon Motion SM2270, include data lines, wherein each 8 data lines has associated with them a single differential data strobe signal.  The DDR3 external memory controller part of the SM2270 includes a transmitter for sending a second data strobe signal on a second dedicated strobe signal line that is associated with the data signals/lines going to the second memory component.  The second DDR3 SDRAM memory component uses the received strobe signal to sample the second data.

### 2.10  Pinout Description

**Table 1 — Input/output functional description**

| Symbol | Type | Function |
|---|---|---|
| DQ | Input / Output | Data Input/ Output: Bi-directional data bus. |
| DQU, DQL, DQS, DQS#, DQSU, DQSU#, DQSL, DQSL# | Input / Output | Data Strobe: output with read data, input with write data. Edge-aligned with read data, centered in write data. For the x16, DQSL corresponds to the data on DQL0-DQL7; DQSU corresponds to the data on DQU0-DQU7. The data strobes DQS, DQSL, and DQSU are paired with differential signals DQS#, DQSL#, and DQSU#, respectively, to provide differential pair signaling to the system during reads and writes. DDR3 SDRAM supports differential data strobe only and does not support single-ended. |

JESD79-3F, p. 13.



**Figure 47 — WRITE Burst Operation WL = 5 (AL = 0, CWL = 5, BL8)**

JESD79-3F, p. 71.

120.    Additionally, the Accused Products, including DDR3 memory controllers, transmit the second strobe signal at a time that is offset from a time at which the first strobe signal is

transmitted based, at least in part, on the difference between the first and second propagation times. In DDR3 SDRAM memory controllers connected to the Silicon Motion SM2270, the time the second strobe signal is sent is offset from the time the first strobe is sent, comparably to the offset between when the first data is sent and when the second data is sent.

### 3.4.3.5    Write leveling

For better signal integrity, DDR3 memory module adopted fly-by topology for the commands, addresses, control signals, and clocks. The fly-by topology has the benefit of reducing the number of stubs and their length, but it also causes flight time skew between clock and strobe at every DRAM on the DIMM. This makes it difficult for the Controller to maintain tDQSS, tDSS, and tDSH specification. Therefore, the DDR3 SDRAM supports a 'write leveling' feature to allow the controller to compensate for skew. See 4.8 "Write Leveling" on page 42 for more details.

JESD79-3F, p. 28.

### 4.8    Write Leveling

For better signal integrity, the DDR3 memory module adopted fly-by topology for the commands, addresses, control signals, and clocks. The fly-by topology has benefits from reducing number of stubs and their length, but it also causes flight time skew between clock and strobe at every DRAM on the DIMM. This makes it difficult for the Controller to maintain tDQSS, tDSS, and tDSH specification. Therefore, the DDR3 SDRAM supports a 'write leveling' feature to allow the controller to compensate for skew. The memory controller can use the 'write leveling' feature and feedback from the DDR3 SDRAM to adjust the DQS - DQS# to CK - CK# relationship. The memory controller involved in the leveling must have adjustable delay setting on DQS - DQS# to align the rising edge of DQS - DQS# with that of the clock at the DRAM pin. The DRAM asynchronously feeds back CK - CK#, sampled with the rising edge of DQS - DQS#, through the DQ bus. The controller repeatedly delays DQS - DQS# until a transition from 0 to 1 is detected. The DQS - DQS# delay established though this exercise would ensure tDQSS specification. Besides tDQSS, tDSS and tDSH specification also needs to be fulfilled. One way to achieve this is to combine the actual tDQSS in the application with an appropriate duty cycle and jitter on the DQS - DQS# signals. Depending on the actual tDQSS in the application, the actual values for tDQSL and tDQSH may have to be better than the absolute limits provided in the chapter "AC Timing Parameters" in order to satisfy tDSS and tDSH specification. A conceptual timing of this scheme is shown in Figure 17.



**Figure 17 — Write Leveling Concept**

JESD79-3F, p. 42.

### 4.8.2  Procedure Description

The Memory controller initiates Leveling mode of all DRAMs by setting bit 7 of MR1 to 1. When entering write leveling mode, the DQ pins are in undefined driving mode. During write leveling mode, only NOP or DESELECT commands are allowed, as well as an MRS command to change Qoff bit (MR1[A12]) and an MRS command to exit write leveling (MR1[A7]). Upon exiting write leveling mode, the MRS command performing the exit (MR1[A7]=0) may also change MR1 bits of A12-A11, A9, A6-A5, and A2-A1. Since the controller levels one rank at a time, the output of other ranks must be disabled by setting MR1 bit A12 to 1. The Controller may assert ODT after tMOD, at which time the DRAM is ready to accept the ODT signal.

The Controller may drive DQS low and DQS# high after a delay of tWLDQSEN, at which time the DRAM has applied on-die termination on these signals. After tDQSL and tWLMRD, the controller provides a single DQS, DQS# edge which is used by the DRAM to sample CK - CK# driven from controller. tWLMRD(max) timing is controller dependent.

DRAM samples CK - CK# status with rising edge of DQS - DQS# and provides feedback on all the DQ bits asynchronously after tWLO timing. Either one or all data bits ("prime DQ bit(s)") provide the leveling feedback. The DRAM's remaining DQ bits are driven Low statically after the first sampling procedure. There is a DQ output uncertainty of tWLOE defined to allow mismatch on DQ bits. The tWLOE period is defined from the transition of the earliest DQ bit to the corresponding transition of the latest DQ bit. There are no read strobes (DQS/DQS#) needed for these DQs. Controller samples incoming DQ and decides to increment or decrement DQS - DQS# delay setting and launches the next DQS/DQS# pulse after some time, which is controller dependent. Once a 0 to 1 transition is detected, the controller locks DQS - DQS# delay setting and write leveling is achieved for the device. Figure 18 describes the timing diagram and parameters for the overall Write Leveling procedure.

JESD79-3F, p. 43.

121.    Defendant has and continues to indirectly infringe one or more claims of the '616 Patent by knowingly and intentionally inducing others, including Silicon Motion customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products.

122.    Defendant has induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '616 Patent, but while remaining willfully blind to the infringement.

123.    Rampart has suffered damages as a result of Defendant's direct and indirect infringement of the '616 Patent in an amount to be proved at trial.

124.    Rampart has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '616 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

125.    Silicon Motion has committed, and continues to commit, acts of infringement that Silicon Motion actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '616 Patent.  Silicon Motion's direct and indirect infringement of the '616 Patent has been and continues to be willful, intentional, deliberate, and/or in conscious disregard of Rampart's rights under the patent.  Rampart is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## COUNT VI
### (Infringement of the '511 Patent)

126.    Paragraphs 1 through 24 are incorporated by reference as if fully set forth herein.

127.    Rampart has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '511 Patent.

128.    Defendant has and continues to directly infringe the '511 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products including, but not limited to, products supporting DDR4 external memories, such as the Silicon Motion SM2270, SM2262EN, SM2262, SM2263EN, SM2260, SM2259, SM2258, SM2256, SM2245EN, SM768, and SM2267 families.

129.    For example, Defendant has and continues to directly infringe at least claim 1 of the '511 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include a memory controller that complies with the DDR4 standard.  For example, members of the Silicon Motion SM2267 family include DDR4 external memory controllers capable of conducting memory operations in a memory system consisting of DDR4 SDRAMs, each of which is compliant with the JEDEC standard JESD79-4D.

130.    The Accused Products, including DDR4 memory controllers, perform a method of setting a parameter in an integrated circuit receiver to a value selected from a set of possible values, the integrated circuit receiver to receive a signal from a conductive signal path.   Products containing DDR4 memory controllers, including the SM2267, are connected to the DDR4 SDRAMs under their control, in part, via the DQ lines that are part of the memory bus.  The DDR4 memory controller therein includes connections to a 16-bit memory bus.  The DDR4 SDRAM(s) respond(s) to commands from the DDR4 memory controller in the SM2267.   Part of the initialization of the memory system by the memory controller in DDR4 memory controllers, including the SM2267 family, is a procedure called VrefDQ Training.   In VrefDQ Training, memory controller iteratively causes the DDR4 SDRAMs to adjust, via writes to the SDRAM's mode registers, the SDRAM's internally generated VrefDQ voltage which is used in the DQ receivers in the SDRAMs during the capturing of data values arriving on the DQ signal lines from the memory controller.  A DDR4 SDRAM in the memory system is an integrated circuit.  The VrefDQ voltage is set in the SDRAM to a value set by the memory controller writing specific bit patterns into Mode Register 6 (MR6) bits 7:0 (VrefDQ Training Range and VrefDQ Training Value).



| SPECIFICATIONS | | |
| --- | --- | --- |
| | **SM2267** | **SM2267XT** |
| Host Interface | PCIe Gen4 x4 | PCIe Gen4 x4 |
| PCIe Protocol | NVMe 1.4 | NVMe 1.4 |
| NAND Flash Channel | 4 | 4 |
| CE/Channel | 8 | 4 |
| Max Performance | Sequential Read: 3,900 MB/s | Sequential Read: 3,900 MB/s |
| | Sequential Write: 3,500 MB/s | Sequential Write: 3,500 MB/s |
| | Random Read: 500K IOPS | Random Read: 500K IOPS (HMB) |
| | | 200K IOPS (no HMB) |
| | Random Write: 500K IOPS | Random Write: 500K IOPS |
| DRAM Interface | Supports DDR3, DDR3L, LPDDR3 and DDR4/LPDDR4 | DRAM-less |
| | 16-bit data bus width | |
| | 2 chip enable pins | |
| NAND Flash Support | ONFI4.0/3.0 and Toggle3.0/2.0 | |
| | NV-DDR4 up to 1,200 MT/s | |
| Security | Real time full drive encryption with AES | |
| | TCG Opal protocol | |
| | Hardware SHA 256 and TRNG | |
| Temperature Support | c-temp: 0°C to 70°C | |
| | i-temp: -40°C to 85°C | |
| Package | 484-ball FCBGA (12mm x 12mm) | 247-ball FCCSP (7.7mm x 11mm) |

SM2267 Product Brief, 2020, p. 2.

131.    Each of these DQ pins is coupled to a receiver within the DDR4 SDRAM.

### Table 3 — Pinout Description  (Cont'd)

| Symbol | Type | Function |
| --- | --- | --- |
| DQ | Input / Output | Data Input/ Output: Bi-directional data bus. If CRC is enabled via Mode register then CRC code is added at the end of Data Burst. Any DQ from DQ0~DQ3 may indicate the internal Vref level during test via Mode Register Setting MR4 A4=High. During this mode, RTT value should be set to Hi-Z. Refer to vendor specific datasheets to determine which DQ is used. |
| DQS_t, DQS_c, DQSU_t, DQSU_c, DQSL_t, DQSL_c | Input / Output | Data Strobe: output with read data, input with write data. Edge-aligned with read data, centered in write data. For the x16, DQSL corresponds to the data on DQL0-DQL7; DQSU corresponds to the data on DQU0-DQU7. The data strobe DQS_t, DQSL_t and DQSU_t are paired with differential signals DQS_c, DQSL_c, and DQSU_c, respectively, to provide differential pair signaling to the system during reads and writes. DDR4 SDRAM supports differential data strobe only and does not support single-ended. |

JESD79-4D, p. 6.

3.5  Mode Register (cont'd)

**MR6**

Table 31 — Mode Register 6

| Address | Operating Mode | Description | |
|---|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS | |
| BG0, BA1:BA0 | MR Select | 000 = MR0 | 100 = MR4 |
| | | 001 = MR1 | 101 = MR5 |
| | | 010 = MR2 | 110 = MR6 |
| | | 011 = MR3 | 111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS | |
| A13, A9, A8 | RFU | | |
| A12:A10 | tCCD_L | (see Table 32) | |
| A7 | VrefDQ Training Enable | 0 = Disable (Normal operation Mode) 1 = Enable (Training Mode) | |
| A6 | VrefDQ Training Range | (see Table 33) | |
| A5:A0 | VrefDQ Training Value | (see Table 34) | |

JESD79-4D, p. 27.

The Vref_DQ voltage is an internal reference voltage level that shall be set to the properly trained setting, which is generally Vcent_DQ(midpoint), in order to have valid Rx Mask values.

Vcent_DQ( midpoint) is defined as the midpoint between the largest Vref_DQ voltage level and the smallest Vref_DQ voltage level across all DQ pins for a given DDR4 DRAM component. Each DQ pin Vref level is defined by the center, i.e., widest opening, of the cumulative data input eye as depicted in Figure 229. This clarifies that any DDR4 DRAM component level variation must be accounted for within the DDR4 DRAM Rx mask. The component level Vref will be set by the system to account for Ron and ODT settings.

JESD79-4D, p. 250.

4.13  DQ Vref Training (cont'd)

The Vref increment/decrement step times are defined by Vref_time. The Vref_time is defined from t0 to t1 as shown in the Figure 30 below where t1 is referenced to when the vref voltage is at the final DC level within the Vref valid tolerance (Vref_val_tol).

The Vref valid level is defined by Vref_val tolerance to qualify the step time t1 as shown in Figure 32 through Figure 35. This parameter is used to insure an adequate RC time constant behavior of the voltage level change after any Vref increment/decrement adjustment. This parameter is only applicable for DRAM component level validation/characterization.

Vref_time is the time including up to Vrefmin to Vrefmax or Vrefmax to Vrefmin change in Vref voltage

t0 - is referenced to MRS command clock
t1 - is referenced to the Vref_val_tol



Figure 30 — Vref_time timing diagram

JESD79-4D, p. 59.

132.    The Accused Products, including DDR4 memory controllers, cause the DDR4 SDRAMs to sample the conductive signal path with a sampling circuit of the integrated circuit receiver while iteratively setting the parameter to be different values in the set, to produce digital samples.  As part of the VrefDQ Training procedure, each of the DDR4 SDRAMs that are part of the memory system receive write commands and sample the DQ conductive signal paths with the input receivers coupled to the signal path.  A sampling circuit samples the DQ conductive signal path on the rising and falling edges of DQS_t/DQS_c.  These samplings produce digital samples, the accuracy of which are a function of the present VrefDQ range and value.  As a result of testing the accuracy of that sampling, the memory controller iteratively sets the VrefDQ range and VrefDQ value in MR6 to adjust the VrefDQ in the DDR4 SDRAM.



4.13    DQ Vref Training (cont'd)

NOTE 1   The MR command used to enter VrefDQ Calibration Mode treats MR6 A[5:0] as don't care while the next subsequent MR command sets VrefDQ values in MR6 A[5:0].
NOTE 2   Depending on the step size of the latest programmed VREF value, Vref_time must be satisfied before disabling VrefDQ training mode.

Figure 31 — VrefDQ training mode entry and exit timing diagram

JESD79-4D, p. 60.

133.    The Accused Products, including DDR4 memory controllers, compare the digital samples with expected values to obtain pass/fail information for each of the different values.  The memory controller compares the digital samples from the DDR4 SDRAMs with the values sent to

obtain an indication of whether the DDR4 SDRAM accurately sampled the DQ signals on the DQ conductive signal paths. This is done for each of the attempted VrefDQ values.

```
4.13.1 Example scripts for VREFDQ Calibration Mode:

When MR6 [7] = 0 then MR6 [6:0] = XXXXXXX

Entering VREFDQ Calibration if entering range 1:
  • MR6 [7:6]=10 & [5:0]=XXXXXXX
  • All subsequent VREFDQ Calibration MR setting commands are MR6 [7:6]=10 & MR6 [5:0]=VVVVVV
          {VVVVVV are desired settings for VrefDQ}
  • Issue ACT/WR/RD looking for pass/fail to determine Vcent(midpoint) as needed
  • Just prior to exiting VREFDQ Calibration mode:
  • Last two VREFDQ Calibration MR commands are
  • MR6 [7:6]=10, MR6 [5:0]=VVVVVV where VVVVVV = desired value for VREFDQ
  • MR6 [7]=0, MR6 [6:0]=XXXXXXX to exit VREFDQ Calibration mode

Entering VREFDQ Calibration if entering range 2:
  • MR6 [7:6]=11 & [5:0]=XXXXXXX
  • All subsequent VREFDQ Calibration MR setting commands are MR6 [7:6]=11 & MR6 [5:0]=VVVVVV
          {VVVVVV are desired settings for VrefDQ}
  • Issue ACT/WR/RD looking for pass/fail to determine Vcent(midpoint) as needed
  • Just prior to exiting VREFDQ Calibration mode:
  • Last two VREFDQ Calibration MR commands are
  • MR6 [7:6]=11, MR6 [5:0]=VVVVVV where VVVVVV = desired value for VREFDQ
  • MR6 [7]=0, MR6 [6:0]=XXXXXXX to exit VREFDQ Calibration mode
```

JESD79-4D, p. 60.

134. The Accused Products, including DDR4 memory controllers, based on the pass/fail information for each of the different values, select one of the values from the set for use as the parameter. Based on the pass/fail indications of the data transmission tests for the different values of VrefDQ attempted, one value is selected for use during normal operation of the memory system after initialization and calibration is complete.

135. Additionally, the Accused Products, including DDR4 memory controllers, perform the aforementioned method wherein the parameter is one of a sampling phase offset, a voltage threshold offset, or an equalization setting used to produce sampled digital values from the signal. The parameter, VrefDQ is a voltage threshold offset used in sampling digital DQ values from the DQ conductive signal path.

136. Defendant has and continues to indirectly infringe one or more claims of the '511 Patent by knowingly and intentionally inducing others, including Silicon Motion customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States the Accused Products.

137.    Upon information and belief, with knowledge and intent, or with willful blindness, Defendant encourages and facilitates infringement of one or more claims of the '511 Patent by others, including at least claim 1.  For example, Rambus Inc. notified Silicon Motion in September 2018 that Silicon Motion was infringing the'511 Patent by making, using, selling, offering to sell, and/or importing products, including SM2270, SM2262EN, SM2262, SM2263EN, SM2260, SM2259, SM2258, SM2256, SM2246EN, and SM768 that include controllers for DDR4 memories.

138.    Defendant, with knowledge that these products, or the use thereof, infringe the '511 Patent at least as of September 2018, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '511 Patent by providing these products to end-users for use in an infringing manner.

139.    Defendant has induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '511 Patent, but while remaining willfully blind to the infringement.

140.    Rampart has suffered damages as a result of Defendant's direct and indirect infringement of the '511 Patent in an amount to be proved at trial.

141.    Rampart has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '511 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.  Silicon Motion has committed and continues to commit acts of infringement that Silicon Motion actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '511 Patent.  Silicon Motion's direct and indirect infringement of the '511 Patent has been and continues

to be willful, intentional, deliberate, and/or in conscious disregard of Rampart's rights under the patent. Rampart is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Rampart prays for relief against Defendant as follows:

a. Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b. An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with it, from further acts of infringement of the Patents-in-Suit;

c. An order awarding damages sufficient to compensate Rampart for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d. Entry of judgment declaring that this case is exceptional and awarding Rampart its costs and reasonable attorney fees under 35 U.S.C. § 285;

e. Entry of judgment awarding treble damages pursuant to 35 U.S.C. § 284 for Defendant's willful infringement of one or more of the Patents-in-Suit; and

f. Such other and further relief as the Court deems just and proper.

Dated:  April 5, 2022

Respectfully submitted,

 /s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF***
***RAMPART ASSET MANAGEMENT LLC***