IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RAMPART ASSET MANAGEMENT LLC, § § § *Plaintiff*, § § v. § § SILICON MOTION, INC., § § *Defendant*. § § § | Case No. 2:22-cv-00104-JRG-RSP |

## ORDER

Before the Court is Plaintiff Rampart Asset Management LLC's Notice of Voluntary Dismissal. **Dkt. No. 18**. In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 14th day of November, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE